**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dabloom@riker.com

*Proposed Special Litigation Counsel to the Debtors*
*and Debtors-in-Possession (Retention Application Pending)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>Defendants. | Adv. Pro. No. 22-01166 (JKS)<br><br><br><br>**NOTICE REGARDING DEFENDANTS' ADDRESSES** |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

**TO THE CLERK OF COURT:**

  **PLEASE TAKE NOTICE,** that upon diligent inquiry, the following addresses appear to be the current and/or most recently-available residential addresses for each of the Defendants in the above-captioned adversary proceeding:

| **Rey E. Grabato II** | **Thomas N. Salzano** | **Olena Budinska** |
|---|---|---|
| 1110 Clinton St.<br>Apt. 6<br>Hoboken, NJ 07030 | 138 Timberhill Dr<br>East Hanover, NJ 07936 | 138 Timberhill Dr<br>East Hanover, NJ 07936 |
| 19 Burgos St. Lapaz<br>Iloilo City, 5000<br>Philippines | 123 Town Square Place<br>Apt. 439<br>Jersey City, NJ 07310 | 123 Town Square Place<br>Apt. 439<br>Jersey City, NJ 07310 |
| 1 Harmon Plaza, Floor 9<br>Secaucus, NJ 07094 | 123 Town Square Place<br>Apt. 645<br>Jersey City, NJ 07310 | 123 Town Square Place<br>Apt. 645<br>Jersey City, NJ 07310 |
| 512 Observer Hwy<br>Unit 4W<br>Hoboken, NJ 07030 | 339 Ridgewood Ave.<br>Glen Ridge, NJ 07028-1512 | 339 Ridgewood Ave.<br>Glen Ridge, NJ 07028-1512 |
| | 82 Osprey Ct.<br>Secaucus, NJ 07094-2934 | 82 Osprey Ct.<br>Secaucus, NJ 07094-2934 |

Dated: June 28, 2022

            */s/ Joseph L. Schwartz*
            **RIKER DANZIG LLP**
            Joseph L. Schwartz (JS-5525)
            Tod S. Chasin (TC-0122)
            Daniel A. Bloom (DB-6392)
            Headquarters Plaza
            One Speedwell Avenue
            Morristown, New Jersey 07962-1981
            Telephone: (973) 538-0800
            Facsimile: (973) 538-1984
            jschwartz@riker.com
            tchasin@riker.com
            dabloom@riker.com

            *Proposed Special Litigation Counsel*
            *to the Debtors and Debtors-in-*
            *Possession (Retention Application*
            *Pending)*