| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal"  |
|---|---|
| **PLAINTIFF**<br>National Realty Investment Advisors, LLC | **COURT CASE NUMBER**<br>Adv. Pro. No. 22-01166-JKS |
| **DEFENDANT**<br>Rey Grabato, II, et al. | **TYPE OF PROCESS**<br>Writ of Execution |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Citibank |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>721 Broad St, Newark, NJ 07102 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Daniel A. Bloom<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Service of Writ of Execution on Citibank in connection with freezing/turnover of any and all sums contained in Citibank account ending in "2730" held in the name of Rey E. Grabato, II, as indicated in the accompanying Writ and Affidavit. Citibank also maintains a corporate office at 31 River Ct., Jersey City, NJ, 07310.

| Signature of Attorney other Originator requesting service on behalf of:<br>*/s/ Daniel Bloom* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>973-451-8552 | DATE<br>7/6/23 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk<br>E. Baskerville | Date<br>7/11/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Ashantea Hylton, Citi Bank | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>7/13/23 | Time<br>9:15 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy #<br>DUSM C. Mourtos 32953 | |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors*<br>3.0 miles | Forwarding Fee | Total Charges<br>66.97 | Advance Deposits<br>600.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$533.03 |
|---|---|---|---|---|---|

REMARKS: 1 DUSM @ 1 HOUR

3 x .655 = $1.97

FILED
JEANNE A. NAUGHTON, CLERK
JUL 14 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: D. Chonon DEPUTY

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00