**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| National Realty Investment Advisors, LLC | Adv. Pro. No. 22-01166-JKS |
| DEFENDANT | TYPE OF PROCESS |
| Rey Grabato, II, et al. | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase (a.k.a. Chase Bank)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
744 Broad St, Newark, NJ 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Riker Danzig LLP, Att'n: Daniel A. Bloom, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Service of Writ of Execution on JPMorgan Chase in connection with levy, execution and turnover of any and all sums contained in Chase account ending in "7667" held in the name of Rey E Grabato, as indicated in the accompanying Writ and Affidavit. JPMorgan Chase also maintains a corporate office at 575 Washington Blvd Jersey City, NJ, 07310.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 973-451-8552
DATE: 7/6/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.: 50
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 7/11/23

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Josselyn Gomez, Chase Bank

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 7/13/23    Time: 9:10 [X] am [ ] pm

Signature of U.S. Marshal or Deputy
DUSM C. Mouftos

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 1.2 miles | | 65.79 | 533.03 | $467.24 |

REMARKS: 1 DUSM @ 1 HOUR
1.2 x .655 = 79¢

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FILED
JEANNE A. NAUGHTON, CLERK
JUL 14 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY D. Chipora DEPUTY

Form USM-285
Rev. 12/15/80
Automated 01/00