**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dbloom@riker.com

*Counsel to Plaintiff, National Realty Investment Advisors, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re: NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br><div align="center">Plaintiff</div><br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br><div align="right">Defendants.</div> | Adv. Pro. No. 22-01166 (JKS) |

## DECLARATION OF JOSEPH L. SCHWARTZ, ESQ. IN SUPPORT OF MOTION OF PLAINTIFF NATIONAL REALTY INVESTMENT ADVISORS, LLC FOR AUTHORITY TO LEVY AND EXECUTE, INCLUDING EXECUTION SALE, OF REAL PROPERTY OF DEFENDANT/JUDGMENT DEBTOR REY E. GRABATO, II

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Joseph L. Schwartz, of full age, declares as follows:

1.      I am an attorney at law in the State of New Jersey and am a partner with the law firm of Riker Danzig LLP.  My firm serves as special counsel to the above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors"), including Debtor National Realty Investment Advisors, LLC  ("NRIA"), in its capacity as plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding").

2.      I submit this Declaration in support of the Motion of NRIA for Authority to Levy and Execute, Including Execution Sale, of Real Property of Defendant/Judgment Debtor Rey E. Grabato, II (the "Motion").

3.      Final Judgment by Default for a Sum Certain (the "Judgment") as against all Defendants was entered by the Bankruptcy Court in the Adversary Proceeding on November 16, 2022 in the amount of $423,805.83.  Attached hereto as **Exhibit A** is a true and correct copy of the Judgment.

4.      On or about May 16, 2023, NRIA domesticated the Judgment in New Jersey, which bears the New Jersey  "DJ" number HUD-DJ-057804-23.  Attached hereto as **Exhibit B** is a true and correct copy of that domesticated Judgment.

5.      Both prior and subsequent to the entry of the Judgment, NRIA spent a great deal of time and effort in an attempt to determine whether the Defendants owned any personal and/or real property from which the Judgment could be satisfied.  These efforts included detailed review of information obtained by the Debtors' and the Committee's professionals, as well as service of information subpoenas on each of the Defendants at their last known domestic addresses. Neither Grabato nor any of the other Defendants returned the information subpoenas served by

NRIA.  Attached hereto as **Exhibit C** is a true and correct copy of the information subpoena served on each Defendant.

6.      NRIA's investigation into Grabato's assets ultimately revealed that Grabato once had several bank accounts at JPMorgan Chase and at Citibank.  However, it was unclear as to whether Grabato had withdrawn the funds that had been on deposit in those accounts and/or closed those accounts prior to the Petition Date.  Other accounts in Grabato's name at other financial institutions were determined to have been previously closed.  NRIA's investigation into Grabato's assets further revealed that Grabato owns real property located at 82 Osprey Court in Secaucus, New Jersey (the "Osprey Property").  Attached hereto as **Exhibit D** is a true and correct copy of a Title Report recently obtained with respect to the Osprey Property, listing Grabato as owner.

7.      As a result of the foregoing investigation into Grabato's assets, NRIA subsequently applied for and obtained a writ of execution (the "Grabato Writ") from the Clerk, dated June 8, 2023.  Attached hereto as **Exhibit E** is a true and correct copy of the Grabato Writ.

8.      Upon information and belief, on July 13, 2023, at NRIA's request, the United States Marshals' Office served the Grabato Writ on JPMorgan Chase and Citibank, two banks where NRIA had discovered that Grabato had once had bank accounts, directing those banks to turn over any funds on deposit with those banks that were held in Grabato's name.  Attached hereto as **Exhibit F** are true and correct copies of proof of service receipts received by my office from the United States Marshals' Office.

9.      I am advised that on or about mid-July 2023, JPMorgan Chase advised my office by telephone that all bank accounts in Grabato's name at JPMorgan Chase had previously been closed.

10.     I am also advised that my office received a response to the Grabato Writ from Citibank, which I understand advised my office that all bank accounts in Grabato's name at Citibank had also previously been closed.

11.     As a result of the foregoing, despite reasonable efforts, my office, in consultation with NRIA, has concluded that Grabato has no personalty in the State of New Jersey from which to satisfy the Judgment.  My office, in consultation with NRIA, has further concluded that the only asset that NRIA has been able to locate in the State of New Jersey owned by Grabato from which the Judgment may be satisfied is the Osprey Property.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.


                                                        /s/ Joseph L. Schwartz_____
                                                        Joseph L. Schwartz, Esq.


Dated: August 14, 2023
          Morristown, New Jersey

          4879-5204-5686, v. 7

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dabloom@riker.com

*Special Counsel to Debtors*
*National Realty Investment Advisors, LLC and*
*NRIA Partners Portfolio Fund I LLC*

Order Filed on November 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 22-01166-JKS |

**FINAL JUDGMENT BY DEFAULT FOR A SUM CERTAIN
AS AGAINST ALL DEFENDANTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Page 2 of 2
Debtor: National Realty Investment Advisors, LLC, et al.
Adv. Pro. No. 22-01166 (JKS)
Caption: Final Judgment by Default for Sum Certain as Against All Defendants

Default having been entered against defendants Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II (each, a "Defendant", and collectively, the "Defendants"), and for good cause shown,

JUDGMENT by default is hereby entered, pursuant to Fed. R. Bankr. P. 7055 and Fed. R.

Civ. P. 55(b)(1), in favor of Plaintiff, National Realty Investment Advisors, LLC, and against each

Defendant, Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II, jointly and severally,

in the principal sum of $420,000.00, together with pre-judgment interest in the amount of

$3,805.83 (representing 2.25% *per annum* and $25.89 *per diem* from the date on which this

adversary proceeding was commenced, June 23, 2022,[2] through the date on which this Judgment

is being entered, November 16, 2022), for a **Total Judgment Amount of $423,805.83,** together

with interest accruing from and after the date of this Judgment at the legal rate, and costs to be taxed.

---

[2] The Court exercises its discretion to award pre-judgment interest from the date on which the Complaint was filed through the date on which the judgment by default is being entered. Pre-judgment interest was requested in the Complaint from "the date of demand." See ECF No. 1 at paragraphs 27, 34 and 41. In Plaintiff's Request for Entry of Final Judgment Against All Defendants by Default for Sum Certain, Plaintiff requests that pre-judgment interest be awarded based on the New Jersey judgment rate. See ECF No. 21 at paragraph 4; ECF No. 21- 1 (Certification of Daniel Bloom) at paragraph 10; and ECF No. 21-2 (Certification of Thomas Fierro) at paragraph 16. Because Count III of the Complaint is based on New Jersey statutory law, the Court shall use its discretion to award pre-judgment interest at the requested New Jersey judgment rate.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  National Realty Investment Advisors LLC
Debtor

|  | Case No.: 22−14539−JKS |
|---|---|
|  | Chapter 11 |

National Realty Investment Advisors, LLC
Plaintiff

v.

Rey E. Grabato, II
Defendant

Adv. Proc. No. 22−01166−JKS                              Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on November 16, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 21
Final Judgment by Default for Sum Certain as Against All Defendants in favor of National Realty Investment Advisors, LLC and against Thomas Nick Salzano, Olena Budinska and Rey E. Grabato, II, in the amount of $ $423,805.83 (related document:21 Request to Enter Default Judgment filed by Plaintiff National Realty Investment Advisors, LLC) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/16/2022. (zlh)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2022
JAN: zlh

                                                Jeanne Naughton
                                                Clerk

# EXHIBIT B

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dbloom@riker.com

*Special Conflicts Counsel to the*
*Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>        Plaintiff,<br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>        Defendants. | Adv. Pro. No. 22-01166-JKS   DJ-057804-23<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION TO RECORD A FOREIGN JUDGMENT IN NEW JERSEY** |

    Tod S. Chasin, Esq., of full age, being duly sworn according to law, upon

his oath, hereby deposes and says:

    1.  I am an attorney at law of the State of New Jersey, and am Counsel

at Riker Danzig LLP, attorneys for National Realty Investment Advisors, LLC

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

("NRIA") in a lawsuit captioned National Realty Investment Advisors, LLC, et al. v. Rey E. Grabato, II; Thomas "Nick" Salzano; and Olena Budenska, Adv. Pro. 22-01166 (JKS) (the "Foreign Action"), prosecuted to judgment in the United Stated Bankruptcy Court for the District of New Jersey.   I am the attorney principally entrusted with the conduct of the Foreign Action on behalf of NRIA.   As such, I have personal knowledge of the facts stated herein.    This Affidavit is submitted in support of NRIA's application to record said judgment in the State of New Jersey.

2.    Attached to this affidavit is an copy of the judgment rendered in the Foreign Action, exemplified by a Judge of the United Stated Bankruptcy Court for the District of New Jersey,  as entered on default on November 16, 2022, jointly and severally against defendants Rey E. Grabato, II; Thomas "Nick" Salzano; and Olena Budenska, in the principal amount of $423,805.83 (the "Foreign Judgment").

3.    The judgment creditor's name is National Realty Investment Advisors, LLC, with corporate residence at 1 Harmon Plaza, Secaucus, NJ 07094.

4.    The judgment debtor known as Rey E. Grabato, II was last known to reside at 1110 Clinton St., Apt. 6, Hoboken, NJ 07030.

5.    The judgment debtor known as Thomas "Nick" Salzano was last known to reside at 82 Osprey Ct., Secaucus, NJ 07094-2934.

6.    The judgment debtor known as Olena Budenska was last known to reside at 82 Osprey Ct., Secaucus, NJ 07094-2934.

7.    Pursuant to 28 U.S.C. 158(a) and Fed.R.Bankr.P. 8002(a)(1),  the fourteen (14) day time to appeal the Foreign Judgment to the United States District Court for the District of New Jersey ran until December 6, 2022.  No appeal from

2

the Foreign Judgment has been filed, and the time to file any such appeal has expired.

       8.    The United States Bankruptcy Court for the District of New Jersey has not granted a stay of execution of the Foreign Judgment.

       I certify under penalty of perjury that the foregoing is true and correct.

/s/ Tod S. Chasin_____
Tod S. Chasin

*Special Conflicts Counsel to*
*Debtors and Debtors in Possession*

Dated: May 5, 2023

5397220v5

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dabloom@riker.com

*Special Counsel to Debtors*
*National Realty Investment Advisors, LLC and*
*NRIA Partners Portfolio Fund I LLC*

Order Filed on November 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>Defendants. | Adv. Pro. No. 22-01166-JKS |

## FINAL JUDGMENT BY DEFAULT FOR A SUM CERTAIN
## AS AGAINST ALL DEFENDANTS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Page 2 of 2
Debtor: National Realty Investment Advisors, LLC, et al.
Adv. Pro. No. 22-01166 (JKS)
Caption: Final Judgment by Default for Sum Certain as Against All Defendants

Default having been entered against defendants Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II (each, a "Defendant", and collectively, the "Defendants"), and for good cause shown,

JUDGMENT by default is hereby entered, pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(b)(1), in favor of Plaintiff, National Realty Investment Advisors, LLC, and against each Defendant, Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II, jointly and severally, in the principal sum of $420,000.00, together with pre-judgment interest in the amount of $3,805.83 (representing 2.25% *per annum* and $25.89 *per diem* from the date on which this adversary proceeding was commenced, June 23, 2022,[2] through the date on which this Judgment is being entered, November 16, 2022), for a **Total Judgment Amount of $423,805.83,** together with interest accruing from and after the date of this Judgment at the legal rate, and costs to be taxed.

---

[2] The Court exercises its discretion to award pre-judgment interest from the date on which the Complaint was filed through the date on which the judgment by default is being entered. Pre-judgment interest was requested in the Complaint from "the date of demand." See ECF No. 1 at paragraphs 27, 34 and 41. In Plaintiff's Request for Entry of Final Judgment Against All Defendants by Default for Sum Certain, Plaintiff requests that pre-judgment interest be awarded based on the New Jersey judgment rate. See ECF No. 21 at paragraph 4; ECF No. 21- 1 (Certification of Daniel Bloom) at paragraph 10; and ECF No. 21-2 (Certification of Thomas Fierro) at paragraph 16. Because Count III of the Complaint is based on New Jersey statutory law, the Court shall use its discretion to award pre-judgment interest at the requested New Jersey judgment rate.

**I hereby certify** that the foregoing is a TRUE COPY of the original on file in the office of the Clerk of the United States Bankruptcy Court.

_____ **Deputy**

Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: National Realty Investment Advisors LLC
Debtor

Case No.: 22–14539–JKS
Chapter 11

National Realty Investment Advisors, LLC
Plaintiff

v.

Rey E. Grabato, II
Defendant

Adv. Proc. No. 22–01166–JKS                    Judge: John K. Sherwood

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 16, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 27 – 21
Final Judgment by Default for Sum Certain as Against All Defendants in favor of National Realty Investment Advisors, LLC and against Thomas Nick Salzano, Olena Budinska and Rey E. Grabato, II, in the amount of $ $423,805.83 (related document:21 Request to Enter Default Judgment filed by Plaintiff National Realty Investment Advisors, LLC) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/16/2022. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2022
JAN: zlh

Jeanne Naughton
Clerk



# New Jersey Courts
**Independence • Integrity • Fairness • Quality Service**

*Administrative Office of the Courts*

| **Steven D. Bonville, Esq.** | **Michelle M. Smith, Esq.** | **Kathryn Gilbertson Shabel, Esq.** |
|:---:|:---:|:---:|
| Chief of Staff | Clerk of the Superior Court | Deputy Clerk |

Richard J. Hughes Justice Complex • P.O. Box 971 • Trenton, NJ 08625-0037     njcourts.gov • Tel: 609-815-2900 ext. 54200 •

## <u>NOTICE TO JUDGMENT DEBTOR</u>

**To:**               **REY E. GRABATO, II**
                         **1110 CLINTON STREET, APT. 6**
                         **HOBOKEN, NJ 07030**

**Judgment No**.       **DJ-057804-23**

You are hereby notified that a judgment entered in the **US BANKRUPTCY COURT OF NJ** has been recorded in the State of New Jersey under the Uniform Enforcement of Foreign Judgments Act on **MAY 16, 2023.**

The name and address of the judgment creditor(s) and creditor's attorney (if applicable) is as follows:

**Creditor:**               **NATIONAL REALTY ADVISORS, LLC**
                         **1 HARMON PLAZA**
                         **SECAUCUS, NJ 07094**

**Creditor's Attorney:**     **RIKER DANZIG LLP**
                         **HEADQUARTERS PLAZA**
                         **ONE SPEEDWELL AVENUE**
                         **MORRISTOWN, NJ 07962-1981**

Please be advised that a Writ of Execution or other process for enforcement of the judgment may issue 14 days after the date of entry.  Any objection to the entry of the judgment should proceed by Motion filed with the Superior Court of New Jersey, **HUDSON COUNTY**.  For information on filing the Motion contact the direct filing office in the county of venue.

Any questions concerning the judgment should be directed to the Customer Call Center of the Superior Court Clerk's Office at (609) 421-6100.


MICHELLE M. SMITH, ESQ
Clerk of Superior Court.
By: SB
Sent by Regular Mail



# New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Administrative Office of the Courts

| Steven D. Bonville, Esq. | Michelle M. Smith, Esq. | Kathryn Gilbertson Shabel, Esq. |
|:---:|:---:|:---:|
| Chief of Staff | Clerk of the Superior Court | Deputy Clerk |

Richard J. Hughes Justice Complex • P.O. Box 971 • Trenton, NJ 08625-0037   njcourts.gov • Tel: 609-815-2900 ext. 54200 •

## NOTICE TO JUDGMENT DEBTOR

**To:**          **THOMAS "NICK" SALZANO**
               **82 OSPREY COURT**
               **SECAUCUS, NJ 07094-2934**

**Judgment No**.     **DJ-057804-23**

You are hereby notified that a judgment entered in the **US BANKRUPTCY COURT OF NJ** has been recorded in the State of New Jersey under the Uniform Enforcement of Foreign Judgments Act on **MAY 16, 2023.**

The name and address of the judgment creditor(s) and creditor's attorney (if applicable) is as follows:

**Creditor:**          **NATIONAL REALTY ADVISORS, LLC**
                      **1 HARMON PLAZA**
                      **SECAUCUS, NJ 07094**

**Creditor's Attorney:**     **RIKER DANZIG LLP**
                           **HEADQUARTERS PLAZA**
                           **ONE SPEEDWELL AVENUE**
                           **MORRISTOWN, NJ 07962-1981**

Please be advised that a Writ of Execution or other process for enforcement of the judgment may issue 14 days after the date of entry.  Any objection to the entry of the judgment should proceed by Motion filed with the Superior Court of New Jersey, **HUDSON COUNTY**.  For information on filing the Motion contact the direct filing office in the county of venue.

Any questions concerning the judgment should be directed to the Customer Call Center of the Superior Court Clerk's Office at (609) 421-6100.

MICHELLE M. SMITH, ESQ
Clerk of Superior Court.
By: SB
Sent by Regular Mail



# New Jersey Courts
### Independence • Integrity • Fairness • Quality Service

*Administrative Office of the Courts*

| **Steven D. Bonville, Esq.** | **Michelle M. Smith, Esq.** | **Kathryn Gilbertson Shabel, Esq.** |
| :---: | :---: | :---: |
| Chief of Staff | Clerk of the Superior Court | Deputy Clerk |

Richard J. Hughes Justice Complex • P.O. Box 971 • Trenton, NJ 08625-0037          njcourts.gov • Tel: 609-815-2900 ext. 54200 •

## NOTICE TO JUDGMENT DEBTOR

**To:**          **OLENA BUDENSKA**
               **82 OSPREY COURT**
               **SECAUCUS, NJ 07094-2934**

**Judgment No**.      **DJ-057804-23**

You are hereby notified that a judgment entered in the **US BANKRUPTCY COURT OF NJ** has been recorded in the State of New Jersey under the Uniform Enforcement of Foreign Judgments Act on **MAY 16, 2023.**

The name and address of the judgment creditor(s) and creditor's attorney (if applicable) is as follows:

**Creditor:**          **NATIONAL REALTY ADVISORS, LLC**
                    **1 HARMON PLAZA**
                    **SECAUCUS, NJ 07094**

**Creditor's Attorney:**     **RIKER DANZIG LLP**
                    **HEADQUARTERS PLAZA**
                    **ONE SPEEDWELL AVENUE**
                    **MORRISTOWN, NJ 07962-1981**

Please be advised that a Writ of Execution or other process for enforcement of the judgment may issue 14 days after the date of entry.  Any objection to the entry of the judgment should proceed by Motion filed with the Superior Court of New Jersey, **HUDSON COUNTY**.  For information on filing the Motion contact the direct filing office in the county of venue.

Any questions concerning the judgment should be directed to the Customer Call Center of the Superior Court Clerk's Office at (609) 421-6100.

MICHELLE M. SMITH, ESQ
Clerk of Superior Court.
By: SB
Sent by Regular Mail

# EXHIBIT C

**IMPORTANT NOTICE**
**PLEASE READ CAREFULLY**
**FAILURE TO COMPLY WITH THIS INFORMATION SUBPOENA**
**MAY RESULT IN YOUR ARREST AND INCARCERATION**

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dbloom@riker.com

*Special Conflicts Counsel to the*
*Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>                                      Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>                                      Plaintiff,<br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>                                      Defendants. | Adv. Pro. No. 22-01166-JKS<br><br>**INFORMATION SUBPOENA** |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

TO:

Rey E. Grabato, II
1110 Clinton St, Apt 6
Hoboken, NJ 07030

&

Olena Budinska
138 Timberhill Dr
East Hanover, NJ 07936

Rey E. Grabato, II
82 Osprey Ct.
Secaucus, NJ 07094-2934

Rey E. Grabato, II
271 Lexington Ave
Jersey City, NJ 07304-1205

Olena Budinska
82 Osprey Ct.
Secaucus, NJ 07094-2934

&

Thomas N. Salzano
138 Timberhill Dr
East Hanover, NJ 07936

Thomas N. Salzano
123 Town Square Place
Apt. 439
Jersey City, NJ 07310

Thomas N. Salzano
82 Osprey Ct.
Secaucus, NJ 07094-2934

Thomas N. Salzano
339 Ridgewood Ave.
Glen Ridge, NJ 07028-1512

Thomas N. Salzano
123 Town Square Place
Apt. 645
Jersey City, NJ 07310

Judgment has been entered against the Defendants Rey E. Grabato, II, Thomas "Nick" Salzano, and Olena Budinska, joint and severally, in the United States Bankruptcy Court for the District of New Jersey, on November 16, 2022, in the amount of **$423,805.83**, including interest and costs, together with interest accruing from and after the date of judgment, in favor of Plaintiff, National Realty Investment Advisors, LLC, of which **$423,805.83** remains due and unpaid.

Attached to this Information Subpoena is a list of questions that court rules require you to answer within 14 days from the date you receive this subpoena. If you do not answer the attached questions within the time required, the opposing party may ask the court to conduct a hearing in order to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court. Contact an attorney or the clerk of the court for information on making such a motion. Even if you dispute the judgment you must answer all of the attached questions.

You must answer each question giving complete answers, attaching additional pages if necessary. False or misleading answers may subject you to punishment by the court. However, you need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or income. Be sure to sign and date your answers and return them to the address in the upper left hand corner of the first page of this document within 14 days.

- 3 -

DATED:  May 12, 2023

/s/ Tod S. Chasin
Attorney for Riker Danzig LLP

## QUESTIONS FOR INDIVIDUALS

1.  Full Name: _____

2.  Address: _____

    _____

3.  Birthdate: _____

4.  Social Security Number: _____

5.  Driver's License Number and expiration date: _____

    _____

6.  Telephone Number: _____

7.  Full name and address of your employer _____

    _____

    a.  Your weekly salary: Gross _____ Net _____

    b.  If not presently employed, name and address of last employer:

        _____

        _____

8.  Is there currently a wage execution on your salary?

        Yes_____     No _____

9.  List the names, addresses and account numbers of all bank accounts on which your name appears:

| Bank Name | Address | Account Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

10.      If you receive money from any of the following sources, list the amount, how often, and the name and address of the source. (check all that apply)

| Type | Amount and Frequency | Name of Source and Address |
|---|---|---|
| Alimony | $ |  |
| Loan Payments | $ |  |
| Rental Income | $ |  |
| Pensions | $ |  |
| Bank Interest | $ |  |
| Stock Dividends | $ |  |
| Other | $ |  |

11.      Do you receive any of the following, which are exempt from levy? Any levy on disclosed exempt funds may result in monetary penalties including reimbursement of the debtor's out-of-pocket expenses?

Social Security benefits    Yes____    No ____    Amount per Month $_____
S.S.I. benefits    Yes____    No ____    Amount per Month $_____
Welfare benefits    Yes____    No ____    Amount per Month $_____
V.A. benefits    Yes____    No ____    Amount per Month $_____
Unemployment benefits    Yes____    No ____    Amount per Month $_____
Worker's Comp. benefits    Yes____    No ____    Amount per Month $_____
Child Support payments    Yes____    No ____    Amount per Month $_____

Attach copies of the three most recent bank statements for each account listed in Question 9 that contains funds from these sources.

12.      Do you own the property where you reside?

     Yes_____     No _____  If Yes, state the following:

a.     Name of the owner or owners _____

_____

b.     Date property was purchased _____

c.     Purchase price _____

d.     Name and address of mortgage holder _____

_____

e.     Balance due on mortgage _____

13.     Do you own any other real estate?

Yes _____     No _____     If Yes, state the following:

a.     Address of property _____

b.     Date property was purchased _____

c.     Purchase price _____

d.     Name and address of all owners _____

_____

e.     Name and address of mortgage holder _____

_____

f.     Balance due on mortgage _____

g.     Name and address of all tenants and monthly rental paid by each tenant.

_____

_____

_____

14.     Does the present value of your personal property which includes automobiles, furniture, appliances, stocks, bonds, and cash on hand, exceed $1,000?

Yes_____          No _____   If the answer is "yes," you must itemize all personal property owned by you.

Cash on hand: $ _____

Other personal property: (Set forth make, model and serial number. If financed, give name and address of party to whom payments are made).

| Item   (include   make, model, serial number) | Date Purchased | Purchase Price | If Financed, Balance Still Due | Present Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

15.     Do you own a motor vehicle?

Yes_____          No _____   If yes, state the following for each vehicle owned:

a.     Make, model and year of motor vehicle _____

_____

b.     If there is a lien on the vehicle, state the name and address of the lienholder and the amount due to the lienholder _____

_____

c.     License plate # _____

d.     Vehicle identification # _____

- 8 -

16.      Do you own a business?

        Yes _____       No _____  If Yes, state the following:

    a.    Name and address of the business_____

            _____

    b.    Is the business a corporation ____, sole proprietorship ___ partnership _____ or limited liability company _____?

    c.    The name and address of all stockholders, officers and/or partners

            _____

            _____

            _____

    d.    The amount of income received by you from the business during the last twelve months _____

17.    Set forth all other judgments that you are aware of that have been entered against you and include:

| Creditor's Name | Creditor's Attorney | Amount Due | Name of Court | Docket Number |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Signature

Dated: _____

5408242v3

- 10 -

# EXHIBIT D

# GRANDVIEW TITLE AGENCY OF BERGEN COUNTY

198 Boulevard, Hasbrouck Heights NJ 07604
grandview.bergen@gmail.com
Telephone: 201-288-6905 Fax: 201-288-3314

April 19, 2023

File No. H6381-23MF

Prepared for:
Jeffrey A. Lester, Esq.
Braverman & Lester, Esqs.
374 Main St.
Hackensack NJ 07601

## REPORT OF TITLE

RE: 82 Osprey Court, Town of Secaucus
County of Hudson, State of New Jersey
Lot 3.01 Qual. C0082 in Block 159

Grandview Title Agency of Bergen County hereby certifies that it has examined the records in the Hudson County Register's Office affecting the above premises from August 18, 2005 to February 23, 2023 and find the following:

Record title vested in:

Rey E. Grabato II by deed from Fannie Mae aka Federal National Mortgage Association, by Powers Kirn, LLC its attorney in fact by Power of Attorney recorded June 14, 2016 in the Hudson County Deed Book 9125 page 56, dated April 19, 2017 and delivered April 24, 2017 in Deed Book 9198 page 907.

SUBJECT to the following:

1.    Mortgages:

    a.    Mortgage from Rey E. Grabato, II, unmarried, to Vision Federal Credit Union dated June 26, 2017 and recorded July 17, 2017 in Mortgage Book 18991 page 759, securing $371,200.00.

2.    Restrictions:

    None for period searched.

    Subject to Restrictions as set forth in Deed Book 3016 page 118.

3.    Set back line:

    None for period searched.

4.    Easements, Rights of Way, Utility Grants, etc.:

    None for period searched.

    a.    Terms, conditions, easements, restrictions, covenants, limitations and provisions, including lien and assessment rights, as set forth in a certain Master Deed for Riverside

# REPORT OF TITLE

RE: 82 Osprey Court, Town of Secaucus
County of Hudson, State of New Jersey
Lot 3.01 Qual. C0082 in Block 159

Page 2                          *(continued)*                          File No. H6381-23MF

---

Court Condominium, recorded in Deed Book 7306, Page 1, and any amendments thereto. Said Master Deed was amended in Deed Book 7370 page 184, Deed book 8244 page 300.

b.   Possible lien for future condominium maintenance charges pursuant to N.J.S.A 46:8B-21 et seq., the New Jersey Condominium Lien Law.

c.   Right of adjoining owners, mortgages and tenants, together with the insured, in and to the party walls separating the subject premises.

d.   Provisions as contained in the Condominium Act L 1969 CH.257, approved January 7, 1970, N.J.S.A. 46:8b-1, et seq.

e.   Covenants, Conditions, Grants, Right of ways, Permits, Licenses, Leases and Easements as set forth in Deed Book 1439 page 462, Deed Book 1607 page 465, Deed Book 2697 page 219, Deed Book 2843 page 440, Deed Book 3026 page 577, Deed Book 3029 page 1011, Deed Book 7069 page 275, Deed Book 7168 page 322, Deed Book 7182 page 230, Deed Book 7229 page 233, Deed Book 7432 page 239, Deed Book 7575 page 83, Deed Book 7649 page 13, Deed Book 8256 page 1, Deed Book 8555 page 164, as shown on the Tax Map of the Town of Secaucus.

f.   Condominium Resolutions as set forth in Deed Book 8629 page 701, Deed Book 8642 page 557, Deed Book 8887 page 926, Deed Book 8904 page 443, Deed Book 8919 page 356, Deed Book 8938 page 106, Deed Book 8993 page 486, Deed Book 9276 page 106, Deed Book 9276 page 117, Deed Book 9276 page 126, Deed Book 9276 page 131, Deed Book 9396 page 640, Deed Book 9397 page 929, Deed Book 9499 page 722

5.   County Judgments, Mechanics & Materialmen's Liens, etc.:

None for period searched.

6.   Other Encumbrances and Defects:

None for period searched.

SUBJECT only to the following:

1.   Tax Search dated April 13, 2023 which shows taxes paid through 1st quarter 2023.

2.   New Jersey Superior Court and US District Court Judgment Search dated March 31, 2023 which shows JUDGMENTS.

3.   Patriot Search dated April 12, 2023 which shows clear.

4.   Covenants, Conditions, Restrictions and Easements of Record, which may exist on the land.

5.   Title is not insured as to any portion of the premises lying below the present or former high-water mark of Hackensack River.

# REPORT OF TITLE

RE: 82 Osprey Court, Town of Secaucus
County of Hudson, State of New Jersey
Lot 3.01 Qual. C0082 in Block 159

Page 3                          *(continued)*                    File No. H6381-23MF

6.     Title, rights, or claims of the State of New Jersey to any part of the insured premises which is or may be alleged by the State of New Jersey to be, or is hereafter determined to be, salt marsh, tidelands or meadowland of land now or formerly flowed by the mean high tide of the ocean or any bays, rivers, streams, creeks, or their tributaries.

7.     Paramount rights of the United States Government to regulate and control navigation and in that connection to establish and change bulkhead and pierhead lines.

8.     Rights of the Federal Government to take without compensation any lands now or formerly flowed by tidal water for the purpose of commerce and navigation.

NOTE: This is a special service report of title utilized when a title policy is not to be issued. The liability of this company will not exceed the amount paid by the applicant in connection with the preparation of this report. No liability is assumed for items not indexed or mis-indexed. This report is offered to you as a courtesy and does not represent either a commitment to insure title, nor an opinion as to the marketability of the title to the subject premises.

GRANDVIEW TITLE AGENCY OF BERGEN COUNTY

By _____

Christine A. LaFaso
Title Officer



38

TAX MAP
TOWN OF SECAUCUS
HUDSON COUNTY, NEW JERSEY
JOSEPH M. LYNCH, NO.6273
333 MEADOWLAND PKWY, SECAUCUS, N.J.
SCALE 1"= 100'    DECEMBER 31, 1962
TO SHOW CONDITIONS AS OF NOVEMBER 30, 1996

38

www.NJTaxMaps.com



2017050801005234Ø    1/6
05/08/2017 11:40:43 AM    DEED
Bk: 9198 Pg: 907
Diane Coleman
Hudson County, Register of Deeds
Receipt No. 1246251


A COPY OF THIS DEED
HAS BEEN SENT TO ASSESSOR'S OFFICE

| Hudson County Recording Data Page<br>Diane Coleman<br>Hudson County Register | Official Use Only-Barcode |
|---|---|
| **Official Use Only-Realty Transfer Fee** | |

| Date of Document:<br>APRIL 19, 2017 | Type of Document:<br>DEED |
|---|---|
| First Party Name:<br>FANNIE MAE aka FEDERAL NATIONAL MORTGAGE ASSOCIATION by Powers Kirn, LLC its attorney in fact by Power of Attorney recorded 6/14/2016 | Second Party Name:<br>REY E. GRABATO II |
| Additional Parties: | |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| Block:  159 | Lot:  3.01 (C0082) |
| Municipality:<br>SECAUCUS | |
| Consideration:<br>$489,000.00 | |
| Mailing Address of Grantee:<br>82 OSPREY COURT, UNIT 1303, SECAUCUS, NJ 07094 | |

THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| Original Book: | Original Page: |
|---|---|

### HUDSON COUNTY RECORDING DATA PAGE

Please do not detach this page from the original document as it contains important recording information and is part of the permanent record.

**DISCLAIMER:**

A recording officer shall not be liable for differences between the cover sheet, or the electronic synopsis and the document. If discrepancies are found, the entire document will be rejected.

2017050801005234Ø
5/8/2017 11:40:00 AM
Consideration: $489,000.00
Exempt.Code: Exempt
County:$.00 State:$.00
NJAHTF $.00 PHPF: $.00
EAA:$.00 General:$.00
Buyer's Fee: $.00
Total RTF: $.00



A COPY OF THIS DEED
HAS BEEN SENT TO ASSESSOR'S OFFICE

# Deed

This Deed is made on April 19, 2017,   (Delivered April 24, 2017)

## Between

**Fannie Mae aka Federal National Mortgage Association, by Powers Kirn, LLC its attorney in fact by Power of Attorney Recorded** 06/14/2016 in the Hudson County  in Deed Book 9125, Page 56,   whose post office address is P.O. Box 650043, Dallas, TX 75265-0043, referred to as the Grantor,

## and

Rey E. Grabato II

whose post office address is 82 Osprey Court, Unit 1303, Seacaucus, NJ 07094, referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1.   Transfer of Ownership.** The grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This Transfer is made for the sum of $489,000.00.  The Grantor acknowledges receipt of this money.

**2.   Tax Map Reference.** (N.J.S.A. 46:15:1.1)  Secaucus Town
    Block No. 159      Lot No. 3.01 C0082    Account No.

    ☐ No property tax identification number is available on the date of this Deed.
    *(Check box if applicable)*

**3.   Property.** The Property consists of the land and all the buildings and structures on the land in Secaucus Town, County of Hudson and State of New Jersey. The legal description is:

    ☒ Please see attached Legal Description annexed hereto and made a part hereof.
    *(check box if applicable)*      (For Recorder's Use Only)

Prepared by: (print signer's name below signature)

_____
Sarah E. Powers, Esquire

PK: 2016-3031

A COPY OF THIS DEED
HAS BEEN SENT TO ASSESSOR'S OFFICE

The street address of the Property is: 82 Osprey Court, Unit 1303, Secaucus, NJ 07094

**4. Promises by Grantor.** The Grantor promises that he, his heirs and personal representatives, will forever warrant and defend the said property unto the grantee, his heirs, personal representatives and assigns, against the claims and demands of the grantor and all persons claiming or to claim by, through, or under him. This promise is called a "Covenant of Special Warranty" (N.J.S.A. 46:4-8). This promise means that the Grantor will defend title against persons claiming by, through or under grantor.

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page. If the Grantor is a corporation, this Deed is signed and attested to by its proper corporate officers and its corporate seal is affixed. (Print name below each signature).

Attested by: _____
Noelle E. Palmer

**FANNIE MAE AKA FEDERAL NATIONAL MORTGAGE ASSOCIATION**

By: _____ {SEAL}
Sarah E. Powers, Esquire, of Powers Kirn, LLC ,
Attorney-in-Fact for Fannie Mae pursuant to POA
recorded  06/14/2016  in Deed Book 9125, Page 56.
*(name/title)*

STATE OF NEW JERSEY, COUNTY OF BURLINGTON

I CERTIFY that on April 19, 2017, Sarah E. Powers, Esquire of Powers Kirn, LLC , Attorney in Fact for Fannie Mae by Power of Attorney Recorded 06/14/2016 in the Hudson County   in Deed Book  9125, Page 56, personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a)  was the maker of the attached instrument;

(b)  was authorized and did execute this instrument as Attorney-in-Fact for Fannie Mae aka Federal National Mortgage Association, the entity named in this instrument;

(c)  executed this instrument as the act of the entity named in this instrument; and the corporation named in this document; and

(d)  made this Deed for $489,000.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5).

**NOELLE E PALMER**
ID # 50032031
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires February 9, 2021

_____

Nolle E Palmer
(Print name and title below signature)

**Cortes & Hay, Inc.**
RECORD AND RETURN TO:
**110 Main Street**
**P.O. Box 454**
**Flemington, NJ 08822**

LEGAL DESCRIPTION



A COPY OF THIS DEED
HAS BEEN SENT TO ASSESSOR'S OFFICE

ALL that certain lot, parcel or tract of land, situate and lying in the Town of Secaucus, County of Hudson, State of New Jersey, and being more particularly described as follows:

BEING KNOWN AND DESIGNATED AS Unit No. 1303 in "Riverside Court Condominium," together with an undivided .4902 percentage interest in and to the common elements appurtenant thereto, in accordance with, and subject to the terms, conditions, provisions, covenants, restrictions, easements, and other matters contained in the Master Deed for said Riverside Court Condominium, which Master Deed was recorded in the Register's Office of the County of Hudson, in Book 7306, Page 1; First Amendment in Deed Book 7370, page 184; 2nd Amendment in Deed Book 8244, page 300, as the same may hereafter be lawfully amended.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 3.01 C0082HM in Block 159, Unit 1303 on the Town of Secaucus Tax Map.

BEING THE SAME PREMISES CONVEYED TO  Federal National Mortgage Association  by Deed  dated 01/16/2015 and  recorded in the Hudson County Clerk's office on 05/27/2015  in Deed Book 9040 at Page 732.

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
**BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.**

STATE OF NEW JERSEY

| | FOR RECORDER'S USE ONLY |
|---|---|
| | Consideration $ |
| COUNTY  Burlington  }SS. County Municipal Code  0909 | RTF paid by seller $ |
| | Date 5/8/17  By |

MUNICIPALITY OF PROPERTY LOCATION Seacaucus Town    *Use symbol "C" to indicate that fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** *(Instructions #3 and #4 on reverse side)*

Deponent,  Sarah E. Powers  , being duly sworn according to law upon his/her oath,
(Name)
deposes and says that he/she is the Legal Representative  in a deed dated  April 19, 2017  transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number  159  Lot number  3.01 C0082  located at

82 Osprey Court, Unit 1303, Seacaucus, NJ 07094  and annexed thereto.
(Street Address, Town)

**(2) CONSIDERATION $**  489,000.00 *(Instructions #1 and #5 on reverse side)* ☒ no prior mortgage to which property is subject.

**(3)** Property transferred is Class 4A*  4B*  4C* (circle one). If Class 4A, calculation in Section 3A below is required.

**(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:**
*(Instructions #5A and #7 on reverse side)*
Total Assessed Valuation + Director's Ratio = Equalized Assessed Valuation

$ _____ + _____ % = $ _____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** *(Instruction #8 on reverse side)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
By or to the United States, this State or any instrumentality, agency or subdivision. Seller is Fannie Mae.
Seller is a Federal Agency

**(5) PARTIAL EXEMPTION FROM FEE** *(Instruction #9 on reverse side)*
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A.  SENIOR CITIZEN  Grantor(s) ☐ 62 years of age or over.*(Instruction #9 on reverse side for A or B)
B. { BLIND PERSON  Grantor(s) ☐ legally blind or; *
     DISABLED PERSON  Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.  ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.  ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C.  LOW AND MODERATE INCOME HOUSING *(Instruction #9 on reverse side)*
☐ Affordable according to H.U.D. standards.  ☐ Reserved for occupancy.
☐ Meets income requirements of region.  ☐ Subject to resale controls.

**(6) NEW CONSTRUCTION** *(Instructions #2, #10, #12 on reverse side)*
☐ Entirely new improvement.  ☐ Not previously occupied.
☐ Not previously used for any purpose.  ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

**(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES** *(Instructions #5, #12, #14 on reverse side)*
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

**(8)** Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 19 day of April , 20 17

**NOELLE E PALMER**
ID # 50032031
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires February 9, 2021

| Signature of Deponent | Fannie Mae |
|---|---|
| PO Box 848, Moorestown, NJ | Grantor Name |
| Deponent Address | PO Box 650043, Dallas, TX 75265 |
| XXX-XXX- 1  0  7 | Grantor Address at Time of Sale |
| Last three digits in Grantor's Social Security Number | Name/Company of Settlement Officer |

FOR OFFICIAL USE ONLY  County Hudson
Instrument Number
Deed Number  Book  Page
Deed Dated 4/19/17  Date Recorded 5/8/17

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:    STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and it may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division's website at:
www.state.nj.us/treasury/taxation/lpt/localtax.shtml.

GIT/REP-3
(0.2015)

### State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXE

2017050010052340
05/08/2017  11:40:43 AM
DEED
NUMBER OF PAGES : 6
ACALLIPARI

(Please Print or Type)

### SELLER'S INFORMATION

Name(s)

Fannie Mae a/k/a Federal National Mortgage Association

Current Street Address

P.O. Box 650043

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Dallas, | TX | 75265 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 159 | 3,01 C0082 | |

Street Address
82 Osprey Court, Unit 1303

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Seacaucus | NJ | 07094 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100% | $462,000.00 $489,000.00 | $489,000.00 | 4-24-17 |

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. ☐ Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.

3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☒ Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.

6. ☐ The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.

7. ☐ The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   ☐ Seller did not receive non-like kind property.

8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.

9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. ☐ The deed is dated prior to August 1, 2004, and was not previously recorded.

11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.

12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.

13. ☐ The property transferred is a cemetery plot.

14. ☐ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

| 4/19/2017 | |
|---|---|
| Date | Signature |
| | (Seller) Please indicate if Power of Attorney or Attorney in Fact |

| | |
|---|---|
| Date | Signature |
| | (Seller) Please indicate if Power of Attorney or Attorney in Fact |

| Hudson County Recording Data Page<br>Honorable Diane Coleman<br>Hudson County Register | Official Use Only – Barcode |
|---|---|
| | 2017071705093950    1/20<br>07/17/2017 11:03:40 AM  MORTGAGES<br>Bk: 18991 Pg: 769<br>Diane Coleman<br>Hudson County, Register of Deeds<br>Receipt No. 1285518 |

| Official Use Only – Record & Return | Official Use Only – Realty Transfer Fee |
|---|---|
| | |

| Date of Document:<br>June 26, 2017 | Type of Document:<br>Mortgage |
|---|---|
| First Party Name:<br>Rey E. Grabato | Second Party Name:<br>Visions Federal Credit Union |

**Additional Parties:**

---

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| Block: | Lot: |
| Municipality: | |
| Consideration: | |
| Mailing Address of Grantee: | |

---

| THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR<br>ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY | |
|---|---|
| Original Book: | Original Page: |

---

**HUDSON COUNTY RECORDING DATA PAGE**
Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

After Recording Return To:
Visions Federal Credit Union
24 McKinley Avenue
Endicott, NY 13760

**FAIRWAY TITLE AGENCY, LLC**
130 CLINTON ROAD, SUITE 201
FAIRFIELD, NJ 07004

_____ [Space Above This Line For Recording Data] _____

## MORTGAGE

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated June 26, 2017, together with all Riders to this document.

(B) **"Borrower"** is Rey E. Grabato, II, unmarried, residing at 82 Osprey Court, Secaucus, NJ 07094. Borrower is the mortgagor under this Security Instrument.

(C) **"Lender"** is VISIONS FEDERAL CREDIT UNION. Lender is a federal credit union organized and existing under the laws of the United States of America. Lender's address is 24 McKinley Avenue, Endicott, NY 13760. Lender is the mortgagee under this Security Instrument.

(D) **"Note"** means the promissory note signed by Borrower and dated June 26, 2017. The Note states that Borrower owes Lender Three Hundred Seventy-One Thousand Two Hundred And No/100 Dollars (U.S. $371,200.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than July 1, 2047.

(E) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(F) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☒ Adjustable Rate Rider   ☒ Condominium Rider   ☐ Second Home Rider
☐ Balloon Rider   ☐ Planned Unit Development Rider   ☒ Other(s) [specify]:
☐ 1-4 Family Rider   ☐ Biweekly Payment Rider   Exhibit "A"

(H) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(I) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(J) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(K) **"Escrow Items"** means those items that are described in Section 3.

**(L)** **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(M)** **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(N)** **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(O)** **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(P)** **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

**TRANSFER OF RIGHTS IN THE PROPERTY**

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For these purposes, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the

| COUNTY | of | HUDSON |
|---|---|---|
| [Type of Recording Jurisdiction] | | [Name of Recording Jurisdiction] |

**See Exhibit A attached hereto.**

which currently has the address of 82 Osprey Court, Secaucus, NJ 07094 ("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

## SCHEDULE A - PROPERTY DESCRIPTION

ALL that cetain lot, parcel or tract of land, situate, lying in the Town of Secaucus, County of Hudson, State of New Jersey, and being more particularly described as follows:

BEING KNOWN, AND DESIGNATED AS Unit No. 1303 in "Riverside Court Condominium," together with an undivided 0.4902 percentage interest in and to the common elements appurtenant thereto, in accordance with and subject to the terms, conditions, provisions, covenants, restrictions, easements, and other matters contained in the Master Deed of said Riverside Court Condominium, which Master Deed was recorded in the Register's Office of the County of Hudson, in Book 7306, Page 1; First Amendment in Deed Book 7370, Page 184; 2nd Amendment in Deed Book 8244, Page 300, as the same may hereafter be lawfully amended.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 3.01 C0082HM in Block 159 on the Town of Secaucus Tax Map.

Being the same premises conveyed by deed from Rey E. Grabato, II by deed from Fannie Mae aka Federal National Mortgage Association, by Powers Kirn, LLC, its attorney in fact by Power of Attorney Recorded 06/14/2016 in the Hudson County in Deed Book 9125k Page 56 dated April 24, 2017 recorded May 8, 2017, in the Register's Office of the County of Hudson, New Jersey, in Deed Book 9198, page 907..



(ii) any amendment to any provision of the Constituent Documents if the provision is for the express benefit of Lender;

(iii) termination of professional management and assumption of self-management of the Owners Association; or

(iv) any action which would have the effect of rendering the public liability insurance coverage maintained by the Owners Association unacceptable to Lender.

**F. Remedies.** If Borrower does not pay condominium dues and assessments when due, then Lender may pay them. Any amounts disbursed by Lender under this paragraph F shall become additional debt of Borrower secured by the Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this Condominium Rider.

Witness

Borrower(s):

Rev. E. Grabate, II

Loan Origination Organization: Visions Federal Credit Union
Corporate MLO: 439893
Loan Originator: Lilliana Hadlick
NMLS: 1204322

2017071706093950
07/17/2017  11:00:48 AM
MORTGAGES
NUMBER OF PAGES : 20
RBROWN

MULTISTATE CONDOMINIUM RIDER--Single Family- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT  FORM 3140  1/01    (Page 2 of 2)



06/21/2004 11:15:04
BARBARA A. DONNELLY
HUDSON COUNTY
REGISTER OF DEEDS
Receipt No. 188655

000009521
RECEIVED
AND
RECORDED
DEE

**MASTER DEED**

**FOR**

**RIVERSIDE COURT CONDOMINIUM**

A COPY OF THIS DEED HAS
BEEN SENT TO ASSESSOR'S OFFICE

10
71
19

Prepared by: _Daniel M. Murphy_
Daniel M. Murphy, Esq.

**RECORD AND RETURN TO:**

Greenbaum, Rowe, Smith, Ravin, Davis & Himmel LLP
P.O. Box 5600
Woodbridge, New Jersey 07095
Attention: Daniel M. Murphy, Esq.

450598.07

BK: 07306   PG: 00001

# MASTER DEED
## FOR
## RIVERSIDE COURT CONDOMINIUM

THIS MASTER DEED, made this 17th day of June_____, 2004, by BAKER RESIDENTIAL LIMITED PARTNERSHIP, a Connecticut limited partnership, having an address at 485 Washington Avenue, Pleasantville, New York 10570 (hereinafter referred to as "Developer").

WHEREAS, Developer is the owner of the fee simple title to those lands and premises in the Town of Secaucus, County of Hudson, State of New Jersey, more particularly described in Exhibit "A" attached hereto and made a part hereof (hereinafter referred to as the "Property"); and

WHEREAS, it is the present intent and desire of Developer to establish the condominium form of ownership for the Property pursuant to the provisions of the New Jersey Condominium Act, (N.J.S.A. 46:8B-1 et seq.), under the name of "Riverside Court Condominium" (hereinafter referred to as the "Condominium"); and

WHEREAS, the Property, as now or hereafter constituted, is planned to consist of lands and buildings which are intended to ultimately contain up to two hundred and twelve (212) dwelling units with related improvements and amenities; and

WHEREAS, the Riverside Court at Secaucus Condominium Association, Inc., a New Jersey non-profit corporation (hereinafter referred to as the "Association"), has been established as the condominium association to have the responsibility for the administration, operation and management of the Condominium together with all improvements intended for the common use and enjoyment of the residents of the Condominium; and

450598.07

BK:07306   PG:00007

## RIVERSIDE COURT CONDOMINIUM

### Percentage Interest Schedule

| Building No. | Unit No. | Unit Type | Street Address | Percentage Interest |
|---|---|---|---|---|
| Bldg # 13 | 80 | 656 | 80 Osprey Court | 0.4902 |
| | 81 | 655 | 81 Osprey Court | 0.4902 |
| | 82 | 655 | 82 Osprey Court | 0.4902 |
| | 83 | 656 | 83 Osprey Court | 0.4902 |
| Bldg # 14 | 84 | 656 | 84 Osprey Court | 0.4902 |
| | 85 | 655 | 85 Osprey Court | 0.4902 |
| | 86 | 654 | 86 Osprey Court | 0.4902 |
| | 87 | 654 | 87 Osprey Court | 0.4902 |
| | 88 | 655 | 88 Osprey Court | 0.4902 |
| | 89 | 656 | 89 Osprey Court | 0.4902 |
| Bldg # 15 | 90 | 656 | 90 Osprey Court | 0.4902 |
| | 91 | 655 | 91 Osprey Court | 0.4902 |
| | 92 | 654 | 92 Osprey Court | 0.4902 |
| | 93 | 655 | 93 Osprey Court | 0.4902 |
| | 94 | 655 | 94 Osprey Court | 0.4902 |
| | 95 | 654 | 95 Osprey Court | 0.4902 |
| | 96 | 655 | 96 Osprey Court | 0.4902 |
| | 97 | 656 | 97 Osprey Court | 0.4902 |
| Bldg # 16 | 104 | 656 | 104 Osprey Court | 0.4902 |
| | 105 | 655 | 105 Osprey Court | 0.4902 |
| | 106 | 654 | 106 Osprey Court | 0.4902 |
| | 107 | 654 | 107 Osprey Court | 0.4902 |
| | 108 | 655 | 108 Osprey Court | 0.4902 |
| | 109 | 655 | 109 Osprey Court | 0.4902 |
| | 110 | 656 | 110 Osprey Court | 0.4902 |
| Bldg # 17 | 98 | 656 | 98 Osprey Court | 0.4902 |
| | 99 | 655 | 99 Osprey Court | 0.4902 |
| | 100 | 654 | 100 Osprey Court | 0.4902 |
| | 101 | 654 | 101 Osprey Court | 0.4902 |
| | 102 | 655 | 102 Osprey Court | 0.4902 |
| | 103 | 656 | 103 Osprey Court | 0.4902 |
| Bldg # 18 | 111 | 656 | 111 Osprey Court | 0.4902 |
| | 112 | 655 | 112 Osprey Court | 0.4902 |
| | 113 | 654 | 113 Osprey Court | 0.4902 |
| | 114 | 654 | 114 Osprey Court | 0.4902 |
| | 115 | 655 | 115 Osprey Court | 0.4902 |
| | 116 | 656 | 116 Osprey Court | 0.4902 |

RECEIVED
AND
RECORDED
AND

BARBARA A. DONNELLY
HUDSON COUNTY
REGISTER OF DEEDS
RECEIPT NUM 288889

**FIRST AMENDMENT**
**TO THE**
**MASTER DEED**
**FOR**
**RIVERSIDE COURT CONDOMINIUM**

**THIS FIRST AMENDMENT TO THE MASTER DEED** is made this 22nd day of September, 2004 by **BAKER RESIDENTIAL LIMITED PARTNERSHIP**, a Connecticut limited partnership, having an address at 485 Washington Avenue, Pleasantville, New York 10570 (hereinafter referred to as "Developer")

**WHEREAS**, the Developer is the owner of the fee simple title to certain real property situated in the Town of Secaucus, County of Hudson and State of New Jersey, (from now on called the "Property");

**WHEREAS**, the Developer subjected the Property to the terms, conditions and restrictions of that certain "Master Deed for Riverside Court Condominium" dated June 17, 2004 and recorded May 18, 2004 in the Hudson County Clerk's office in Deed Book 7306 at Page 1, et seq. (from now on called the "Master Deed");

**WHEREAS**, in the Schedule of Percentage Interest in the Common Elements appearing as Exhibit "F" to the Master Deed, the respective Unit numbers do not correspond with the actual Unit numbers assigned by the Secaucus Tax Assessor;

**WHEREAS**, as of the date of this First Amendment to the Master Deed, the Developer holds title to all of the Units in Riverside Court Condominium (from now on called the "Condominium"); and

**WHEREAS**, the Developer wishes to amend the Master Deed to correctly identify the number of each Unit.

**NOW THEREFORE**, the Developer hereby amends the Master Deed as follows:

1. The Schedule of Proportionate Interests in the Common Elements appearing as Exhibit "F" to the Master Deed is deleted in its entirety and replaced by the Schedule of Proportionate Interests in the Common Elements appended to this First Amendment to the Master Deed.

2. Except as expressly modified herein, all other terms and conditions of the Master Deed shall remain in full force and effect and in the case of any conflict, the provisions hereof shall be deemed controlling.

BK=07370   PG=00184

## RIVERSIDE COURT CONDOMINIUM

### Percentage Interest Schedule

| Building No. | Unit No. | Unit Type | Street Address | Percentage Interest |
|---|---|---|---|---|
| Bldg # 13 | 1301 | 656 | 80 Osprey Court | 0.4902 |
| | 1302 | 655 | 81 Osprey Court | 0.4902 |
| | 1303 | 655 | 82 Osprey Court | 0.4902 |
| | 1304 | 656 | 83 Osprey Court | 0.4902 |
| Bldg # 14 | 1401 | 656 | 84 Osprey Court | 0.4902 |
| | 1402 | 655 | 85 Osprey Court | 0.4902 |
| | 1403 | 654 | 86 Osprey Court | 0.4902 |
| | 1404 | 654 | 87 Osprey Court | 0.4902 |
| | 1405 | 655 | 88 Osprey Court | 0.4902 |
| | 1406 | 656 | 89 Osprey Court | 0.4902 |
| Bldg # 15 | 1501 | 656 | 90 Osprey Court | 0.4902 |
| | 1502 | 655 | 91 Osprey Court | 0.4902 |
| | 1503 | 654 | 92 Osprey Court | 0.4902 |
| | 1504 | 655 | 93 Osprey Court | 0.4902 |
| | 1505 | 655 | 94 Osprey Court | 0.4902 |
| | 1506 | 654 | 95 Osprey Court | 0.4902 |
| | 1507 | 655 | 96 Osprey Court | 0.4902 |
| | 1508 | 656 | 97 Osprey Court | 0.4902 |
| Bldg # 16 | 1601 | 656 | 104 Osprey Court | 0.4902 |
| | 1602 | 655 | 105 Osprey Court | 0.4902 |
| | 1603 | 654 | 106 Osprey Court | 0.4902 |
| | 1604 | 654 | 107 Osprey Court | 0.4902 |
| | 1605 | 655 | 108 Osprey Court | 0.4902 |
| | 1606 | 655 | 109 Osprey Court | 0.4902 |
| | 1607 | 656 | 110 Osprey Court | 0.4902 |
| Bldg # 17 | 1701 | 656 | 98 Osprey Court | 0.4902 |
| | 1702 | 655 | 99 Osprey Court | 0.4902 |
| | 1703 | 654 | 100 Osprey Court | 0.4902 |
| | 1704 | 654 | 101 Osprey Court | 0.4902 |
| | 1705 | 655 | 102 Osprey Court | 0.4902 |
| | 1706 | 656 | 103 Osprey Court | 0.4902 |
| Bldg # 18 | 1801 | 656 | 111 Osprey Court | 0.4902 |
| | 1802 | 655 | 112 Osprey Court | 0.4902 |
| | 1803 | 654 | 113 Osprey Court | 0.4902 |
| | 1804 | 654 | 114 Osprey Court | 0.4902 |
| | 1805 | 655 | 115 Osprey Court | 0.4902 |
| | 1806 | 656 | 116 Osprey Court | 0.4902 |

BK:07370   PG:00188

3 of 6

RECEIVED
AND
RECORDED
DEE

WILLIE L. FLOOD
HUDSON COUNTY
REGISTER OF DEEDS
Receipt No. 394584

RECORD AND RETURN TO:

Wolff & Samson PC
One Boland Drive
West Orange, New Jersey 07052
Attention: Daniel M. Murphy

Prepared by:

Daniel M. Murphy, Esq.

## SECOND AMENDMENT TO MASTER DEED
## FOR
## RIVERSIDE COURT CONDOMINIUM

This Amendment to the Master Deed for Riverside Court Condominium is made this 15 day of June, 2007 by Baker Residential Limited Partnership, a Connecticut limited partnership, having an address at 485 Washington Avenue, Pleasantville, New York 10570 (the "Developer").

### WITNESSETH:

WHEREAS, the Riverside Court Condominium (the "Condominium") is a residential community containing two hundred twelve (212) condominium Units; and

WHEREAS, the Condominium was established by the filing of a certain Master Deed for Riverside Court Condominium dated June 11, 2004, and filed in the office of the Hudson County Register on June 21, 2004 in Deed Book 7306, Page 1 (the "Master Deed"); and

WHEREAS, the municipal approvals for the Condominium, as well as the New Jersey Department of Environmental Protection Waterfront Development Permit for the development of the Condominium require that the Condominium contain a thirty (30) foot wide waterfront walkway easement, as is shown on Exhibit "B" to the Master Deed, which is to provide pedestrian access to members of the public; and

BK = 08244   PG = 00300

1073143.1

# Charles Jones
A DataTrace Company

**Title #: H6381-23MF   Order #: MT-102-8856087**

## NEW JERSEY TAX & ASSESSMENT SEARCH

**For:** GRANDVIEW TITLE AGY OF BERGEN CO

| | | | |
|---|---|---|---|
| BLOCK | : 159 | ASSESSED OWNER | : GRABATO, REY E  II |
| LOT | : 3.01 | BILLING ADDRESS | : 82 OSPREY CT SECAUCUS, NJ 07094-2934 |
| QUAL | : C0082 HM | LOT ADDRESS | : 82 OSPREY CT |
| XLOT | : | | |
| | | HUDSON | : SECAUCUS TOWN (201) 330-2021 |
| | | (MUNI CODE: 0909) | 1203 PATERSON PLANK RD. 1203 PATTERSON-PLANK ROAD SECAUCUS NJ 07094 |

| | |
|---|---|
| INFORMATION | : C.O. REQUIRED ON NEW CONSTRUCTION |
| (FOR RESALE) | SMOKE DETECTOR INSPECTION REQUIRED AS PER NJAC 5:70-4.19 |
| | CALL (201) 330-2016 FOR INSPECTION |
| | INSPECTION FEE 0.00 |
| ASSESSOR'S CODE | : 2 - RESIDENTIAL   (NOT TO BE USED FOR DETERMINING NJ MANSION TAX) |
| APX. LOT SIZE | : .4902-1945 |
| ASSESSED VALUES | : LAND : $60,000   IMP. : $217,500.  TOT. : $277,500 |
| TAX RATE | : $3.763 PER $100 OF ASSESSED VALUE |
| TAX EXEMPTIONS | : NONE |
| 2022 TAXES | : $10,442.33 PAID IN FULL |
| -2023 - DUE DATE | : |
| QTR1  - 02/01 | : $2,611.00 PAID |
| QTR2  - 05/01 | : $2,611.00 OPEN |
| QTR3  - 08/01 | : TO BE DETERMINED |
| QTR4  - 11/01 | : TO BE DETERMINED |
| -2024 - DUE DATE | : |
| QTR1  - 02/01 | : TO BE DETERMINED |
| QTR2  - 05/01 | : TO BE DETERMINED |

ADDED ASSESSMENTS : NONE

WATER ACCOUNT # : PRIVATE - VEOLIA WATER NEW JERSEY 69 DEVOE PL. HACKENSACK,NJ 07601
800-422-5987

SEWER ACCOUNT # : INCLUDED WITH TAXES

CONFIRMED ASSESSMENTS : NONE

LIENS : NONE

Additional Vacant/Abandoned Property Fees may apply. Municipalities reserve the right to impose property registration fees on a property deemed vacant/abandoned and additional fees on a property in which foreclosure proceedings have commenced. These fees are municipal charges subject to tax sale. It is advised that funds be escrowed to cover these potential fees. Please contact the municipality to confirm status.

**Certificate as to current status of pending (unconfirmed) assessments:**
ORDINANCE #: NONE
TYPE OF IMPROVEMENT:
*Charles Jones LLC* guarantees that the above information accurately reflects the contents of
the public record as of 04/13/2023

*Charles Jones*
A DataTrace Company

NEW JERSEY SUPERIOR COURT,
UNITED STATES DISTRICT COURT AND
UNITED STATES BANKRUPTCY COURT

487-1011-20                    RE: H6381-23MF

**CERTIFIED TO:**

         GRANDVIEW TITLE AGY OF BERGEN CO
         198 BOULEVARD
         HASBROUCK HEIGHTS NJ 07604

CHARLES JONES LLC HEREBY CERTIFIES THAT IT HAS SEARCHED THE INDEX OF THE
CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF NEW JERSEY, THE
INDEX OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY,
AND THE INDEX OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
NEW JERSEY AND DOES NOT FIND REMAINING UNSATISFIED OF RECORD IN ANY OF
THESE COURTS A JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO BY THE
RESPECTIVE INDICES WHICH CONSTITUTES A GENERAL LIEN ON REAL PROPERTY IN
NEW JERSEY, NOR ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW
JERSEY NOR ANY PETITION COMMENCING PROCEEDINGS IN BANKRUPTCY EXCEPT AS
BELOW SET FORTH AGAINST:

                                        FROM         TO

    REY E. GRABATO                   03-31-2003   03-31-2023
       (II)
       *** With Judgments ***

              (SEE ATTACHED  2  PAGES)

DATED      03-31-2023
TIME       08:45 AM

FEES: $ 12.00
TAX:  $  0.00
TOTAL:$ 12.00                        CHARLES JONES LLC
                                     P.O. BOX 8488
RN23-102-02828  102   0777102 25     TRENTON, NJ 08650

RN23-102-02828          RE: H6381-23MF                              1
487-1011-20

1.                                                          ____ INIT
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-040113-2023          CASE NUMBER: L   002313  22
DATE ENTERED: 03/28/23      DATE SIGNED: 03/17/23
TYPE OF ACTION: OTHER
VENUE: HUDSON

                                        DEBT:  $    363,000.00
                                        COSTS: $        290.00
CREDITOR(S):
     TIMOTHY WHITE
          AND
     TAW COMPANY LLC
               7 TIMBERSLOPE WY, HOLMDEL, NJ 07733
          ATTORNEY: STARK & STARK PC
                    993 LENOX DR BLDG 2
                    PO BOX 5315
                    PRINCETON NJ 08543
                    609-896-9060
DEBTOR(S):
     REY E GRABATO
          APT. 6
            1110 CLINTON ST, HOBOKEN, NJ 07030
          A/K/A
     REY GRABATO
        (No Address)
                    ----------------
               *** End of Abstract ***

RN23-102-02828          RE: H6381-23MF                                    2
487-1011-20

2.                                                               _____ INIT

                        UNITED STATES DISTRICT COURT
JUDGMENT NUMBER: CB-014539-2022
DATE ENTERED: 11/16/22
TYPE OF ACTION: CIVIL                        VENUE: NEWARK
JUDGE: JOHN K SHERWOOD
                                             DAMAGES: $    423,805.83
    CREDITOR(S):                                  ADV 22-01166
        NATIONAL REALTY INVESTMENT ADVISORS LLC
                    RIKER DANZIG LLP
                      1 SPEEDWELL AVE, MORRISTOWN, NJ 07960
               ATTORNEY: RIKER DANZIG SCHERER HYLAND PERRETTI-
                      1 SPEEDWELL AVE
                      MORRISTOWN NJ 07960
                      973-538-0800
    DEBTOR(S):
        REY E GRABATO II ,JOINTLY & SEVERALLY
            APT 6
              1110 CLINTON ST, HOBOKEN, NJ 07030
        THOMAS NICK SALZANO ,JOINTLY & SEVERALLY
        OLENA BUDINSKA ,JOINTLY & SEVERALLY
              138 TIMBERHILL DR, EAST HANOVER, NJ 07936
          ATTORNEY: PRO SE
    FILED DATE 11-16-22
                        ----------------
                NICK SALZANO ADDED TO OUR INDEX.
                THOMAS SALZANO ADDED TO OUR INDEX.
                    *** End of Abstract ***

*Charles Jones*
A DataTrace Company

```
*****************************************
*** UNITED STATES PATRIOT NAME SEARCH ***
*****************************************
```

487-1011-20                    RE: H6381-23MF
**CERTIFIED TO:**


            GRANDVIEW TITLE AGY OF BERGEN CO
            198 BOULEVARD
            HASBROUCK HEIGHTS NJ 07604


CHARLES JONES LLC HEREBY CERTIFIES THAT IT HAS SEARCHED THE
LIST OF "SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS"
MAINTAINED BY THE OFFICE OF FOREIGN ASSETS CONTROL, U.S.
DEPARTMENT OF THE TREASURY, PURSUANT TO EXECUTIVE ORDER 13224 AS
AMENDED BY EXECUTIVE ORDER 13268, AS WELL AS "THE CONSOLIDATED
SANCTIONS LIST" THAT INCLUDES THE LIST OF "FOREIGN SANCTIONS
EVADERS" PURSUANT TO EXECUTIVE ORDER 13608 AND MAINTAINED BY
THE OFFICE OF FOREIGN ASSETS CONTROL, U.S. DEPARTMENT OF THE
TREASURY AND REPORTS THE FOLLOWING FINDINGS WITH RESPECT TO THE
NAME(S) LISTED BELOW:

                                        THROUGH

   REY E. GRABATO (Individual)          04-10-2023
      (II)


            ************************************
            ***** CLEAR PATRIOT NAME SEARCH *****
            ************************************




NOTE: According to the U.S. Department of Treasury, no U.S.
person may deal with any Libyan or Iraqi government official
whether their name appears on the list or not.


DATE ISSUED: 04-12-2023

FEES: $  2.00
TAX:  $  0.00
TOTAL:$  2.00                    CHARLES JONES LLC
                                 P.O. BOX 8488
PA23-102-02829  102   0773102 25 TRENTON, NJ 08650

# EXHIBIT E

**United States Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC, *et al.* [1] | Chapter 11<br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| Debtors. | |
| In re:<br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC,<br>Plaintiff,<br>v.<br>REY E. GRABATO, II; THOMAS "NICK"<br>SALZANO; and OLENA BUDINSKA,<br>Defendants. | Adv. Pro. No. 22-01166-JKS |

## Writ of Execution

### TO THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF NEW JERSEY:

WHEREAS, on November 16, 2022, the United States Bankruptcy Court for the District of New Jersey entered a Default Judgment For Sum Certain [Docket No. 27] (the "Judgment") in the above-captioned adversary proceeding (the "Adversary Proceeding") wherein it Ordered that Default Judgment For Sum Certain is entered in favor of debtor National Realty Investment Advisors, LLC, with an address at National Realty Investment Advisors, LLC, 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094 (the "Judgment Creditor") against, *inter alia*, Adversary Proceeding defendant Rey E. Grabato, II, with an address at 82 Osprey Court, Secaucus, New Jersey 07094 (the "Judgment Debtor"), in the amount of Four Hundred Twenty Three Thousand Eight Hundred Five Dollars and Eighty Three Cents ($423,805.83);

WHEREAS, the said Judgment was duly entered in the Office of the Clerk of the United States Bankruptcy Court, District of New Jersey, and the sum of $423,805.83 is now actually due thereon;

NOW THEREFORE, you are hereby commanded to satisfy the said Judgment out of the personal property of the said Judgment Debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such Judgment Debtor at the time said Judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said or to their

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained at https://omniagentsolutions.com/NRIA.

attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States Bankruptcy Court, District of New Jersey.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WITNESS, the Honorable John K. Sherwood, a Judge of the United States Bankruptcy Court, District of New Jersey this 8th day of June , 2023.

Date: 6/8/2023          By: Jeanne Naughton
                              Clerk of the Bankruptcy Court

                        Deputy Clerk: Robert Hein
                                       Robert Hein

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dbloom@riker.com

*Special Conflicts Counsel to the*
*Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK"<br>SALZANO; and OLENA BUDINSKA,<br><br>Defendants. | Adv. Pro. No. 22-01166-JKS<br><br>**AFFIDAVIT IN SUPPORT OF<br>WRIT OF EXECUTION** |

Tod S. Chasin, being duly sworn, says:

1. I am counsel at Riker Danzig LLP. My firm serves as Special Conflicts Counsel to National Realty Investment Advisors, LLC ("NRIA"), the judgment creditor in the above-captioned adversary proceeding (the "Judgment Creditor"). In that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a) of the Federal Rules of

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained at https://omniagentsolutions.com/NRIA.

5419897v5

Civil Procedure, I have caused to be conducted, on behalf of the Judgment Creditor, an examination of the assets of judgment debtor Rey E. Grabato, II (the "Judgment Debtor"), including via service of an Information Subpoena on the Judgment Debtor at his last known addresses, to which no response has yet been received.

2. Based on the above referenced examination, the Judgment Creditor has determined that it is highly unlikely that non-exempt personal property of the Judgment Debtor exists within this District that would be subject to execution in satisfaction of the judgment herein. Nevertheless, subpoenas are outstanding with respect to the three accounts listed below, to confirm this, though it is highly doubtful that the following accounts contain any assets:[2]

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| Rey E. Grabato II – Bank Account | Citibank x2730 |
| Rey E Grabato – Bank Account | JPMorgan Chase x7667 |
| Rey E Grabato II / Thomas Nicholas Salzano – Crypto Account | Coinbase Account |

3. Based on the above referenced examination, NRIA anticipates that it will move for an order of the Bankruptcy Court pursuant to N.J.S.A. 2A:17-1 and N.J. Rule 4:59-1(d)(1), authorizing execution against the following non-exempt real property of the Judgment Debtor located within this District, which is subject to execution in satisfaction of the judgment herein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| 82 Osprey Court, Unit 1303, Secaucus, NJ 07094 | 82 Osprey Court, Town of Secaucus, Hudson County, New Jersey, Lot 3.01 Qual. C0082 in Block 159, Unit 1303 |

_____
(SIGNATURE)

Subscribed and Sworn before me this
5th day of June, 2023

Notary of Silva Dechoyan
My Commission Expires 8-27-27

**SILVA DECHOYAN**
**A Notary Public of New Jersey**
**My Commission Expires August 27, 2027**

.....................................................................................................

Recorded in the Clerk's Office of the United States Bankruptcy Court for the District of New Jersey in the Book _____ of Executions, Page _____

By:_____
Deputy Clerk

_____

[2] In addition to the accounts listed herein, the investigation revealed five other accounts (at TD Bank, Valley Bank, and Capital One) either in the Judgment Debtor's name, or in the case of one account, in the name of the fictitious "Rey Grabato LLC". Based on available information, these accounts contain no funds and/or have been closed. Additionally, upon information and belief, the Judgment Debtor possesses real property in Pennsylvania and personal/real property in the Philippines, outside the scope of this Affidavit.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dabloom@riker.com

*Special Counsel to Debtors*
*National Realty Investment Advisors, LLC and*
*NRIA Partners Portfolio Fund I LLC*

**Order Filed on November 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br><div align="right">Defendants.</div> | Adv. Pro. No. 22-01166-JKS |

**FINAL JUDGMENT BY DEFAULT FOR A SUM CERTAIN
AS AGAINST ALL DEFENDANTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 16, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Page 2 of 2
Debtor: National Realty Investment Advisors, LLC, et al.
Adv. Pro. No. 22-01166 (JKS)
Caption: Final Judgment by Default for Sum Certain as Against All Defendants


Default having been entered against defendants Thomas "Nick" Salzano, Olena Budinska and
Rey E. Grabato, II (each, a "Defendant", and collectively, the "Defendants"), and for good cause
shown,

JUDGMENT by default is hereby entered, pursuant to Fed. R. Bankr. P. 7055 and Fed. R.

Civ. P. 55(b)(1), in favor of Plaintiff, National Realty Investment Advisors, LLC, and against each

Defendant, Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II, jointly and severally,

in the principal sum of \$420,000.00, together with pre-judgment interest in the amount of

\$3,805.83 (representing 2.25% *per annum* and \$25.89 *per diem* from the date on which this

adversary proceeding was commenced, June 23, 2022[2] through the date on which this Judgment

is being entered, November 16, 2022), for a **Total Judgment Amount of \$423,805.83,** together

with interest accruing from and after the date of this Judgment at the legal rate, and costs to be taxed.


[2] The Court exercises its discretion to award pre-judgment interest from the date on which the Complaint
was filed through the date on which the judgment by default is being entered. Pre-judgment interest was
requested in the Complaint from "the date of demand." See ECF No. 1 at paragraphs 27, 34 and 41. In
Plaintiff's Request for Entry of Final Judgment Against All Defendants by Default for Sum Certain,
Plaintiff requests that pre-judgment interest be awarded based on the New Jersey judgment rate. See ECF
No. 21 at paragraph 4; ECF No. 21- 1 (Certification of Daniel Bloom) at paragraph 10; and ECF No. 21-2
(Certification of Thomas Fierro) at paragraph 16. Because Count III of the Complaint is based on New
Jersey statutory law, the Court shall use its discretion to award pre-judgment interest at the requested
New Jersey Judgment rate.

I hereby certify that the foregoing
is a TRUE COPY of the original on
file in the office of the Clerk of
the United States Bankruptcy Court.

Robert Stein    Deputy

Case 22-01166-JKS   Doc 34-3   Filed 08/14/23   Entered 08/14/23 11:35:57   Desc
Case 22-Decларation of Joseph L. Schwartz with exhibits   Page 64 of 67:48   Desc
Notice of Order Entry   Page 1 of 1

Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: National Realty Investment Advisors LLC
Debtor

                                          Case No.: 22–14539–JKS
                                          Chapter 11

National Realty Investment Advisors, LLC
Plaintiff

v.

Rey E. Grabato, II
Defendant

Adv. Proc. No. 22–01166–JKS                        Judge: John K. Sherwood

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to **Fed. R. Bankr. P. 9022**

       Please be advised that on November 16, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 27 – 21
Final Judgment by Default for Sum Certain as Against All Defendants in favor of National Realty Investment Advisors, LLC and against Thomas Nick Salzano, Olena Budinska and Rey E. Grabato, II, in the amount of $ $423,805.83 (related document:21 Request to Enter Default Judgment filed by Plaintiff National Realty Investment Advisors, LLC) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/16/2022. (zlh)

       Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2022
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

# EXHIBIT F

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| National Realty Investment Advisors, LLC | Adv. Pro. No. 22-01166-JKS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Rey Grabato, II, et al. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Citibank

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

721 Broad St, Newark, NJ 07102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Daniel A. Bloom<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Service of Writ of Execution on Citibank in connection with freezing/turnover of any and all sums contained in Citibank account ending in "2730" held in the name of Rey E. Grabato, II, as indicated in the accompanying Writ and Affidavit. Citibank also maintains a corporate office at 31 River Ct., Jersey City, NJ, 07310.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Daniel Bloom* | | 973-451-8552 | 7/6/23 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 50 | No. 50 | E. Baskerville | 7/11/23 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Ashantea Hylton, Citi Bank | |
| Address *(complete only different than shown above)* | Date 7/13/23  Time 9:15  ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy # DUSM  C. Mouratos  32953 |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.0 miles | | 66.97 | 600.00 | ₮ 533.03 |

REMARKS:   1 DUSM @ 1 HOUR

3 x .655 = $1.97

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*



| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| National Realty Investment Advisors, LLC | | Adv. Pro. No. 22-01166-JKS |
| DEFENDANT | | TYPE OF PROCESS |
| Rey Grabato, II, et al. | | Writ of Execution |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase (a.k.a. Chase Bank)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
744 Broad St, Newark, NJ 07102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| Riker Danzig LLP, Att'n: Daniel A. Bloom, Esq. Headquarters Plaza One Speedwell Avenue Morristown, NJ 07962-1981 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Service of Writ of Execution on JPMorgan Chase in connection with levy, execution and turnover of any and all sums contained in Chase account ending in "7667" held in the name of Rey E Grabato, as indicated in the accompanying Writ and Affidavit. JPMorgan Chase also maintains a corporate office at 575 Washington Blvd Jersey City, NJ, 07310.

| Signature of Attorney other Originator requesting service on behalf of: *Daniel Bloom* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 973-451-8552 | DATE 7/6/23 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 2 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk E. Baskerville | Date 7/11/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Josselyn Gomez, Chase Bank | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Date 7/13/23 | Time 9:10 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy Dusm C. Mouros |

| Service Fee 65.00 | Total Mileage Charges including *endeavors* 1.2 miles | Forwarding Fee | Total Charges 65.79 | Advance Deposits 533.03 | Amount owed to U.S. Marshal* or (Amount of Refund*) $467.24 |
|---|---|---|---|---|---|

REMARKS:    1 DUSM @ 1 HOUR

1.2 × .655 = 79¢

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00