**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dbloom@riker.com

*Attorneys for Plaintiff, National Realty Investment Advisors, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1] | Case No. 22-14539 (JKS) |
| Debtors. | (Jointly Administered) |
| In re: NATIONAL REALTY INVESTMENT ADVISORS, LLC, | |
| Plaintiff, | Adv. Pro. No. 22-01166-JKS |
| v. | |
| REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA, | |
| Defendants. | |

**<u>CERTIFICATION OF SERVICE</u>**

1.     I, Silva Dechoyan:

    ☐ represent_____, in this matter.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

☒ am the secretary/paralegal for Joseph L. Schwartz, who represents Plaintiff, National Realty Investment Advisors, LLC in this matter.

☐ am the _____ in the above case and am representing myself.

2. On <u>August 14, 2023</u>, I caused a copy of the following pleadings to be served on the parties listed in the chart below in the manner in the chart below:

   (i)   Notice of Motion of Plaintiff National Realty Investment Advisors, LLC for Authority to Levy and Execute, Including Execution Sale, of Real Property of Defendant/Judgment Debtor Rey E. Grabato, II;

   (ii)  Motion of Plaintiff National Realty Investment Advisors, LLC for Authority to Levy and Execute, Including Execution Sale, of Real Property of Defendant/Judgment Debtor Rey E. Grabato, II; and

   (iii) Declaration of Joseph L. Schwartz in Support of Motion of Plaintiff's National Realty Investment Advisors, LLC for Authority to Levy and Execute, Including Execution Sale, of Real Property of Defendant/Judgment Debtor Rey E. Grabato, II.

3. I hereby certify under penalty of perjury that the above documents was sent using the mode of service indicated in the below chart.

Dated: August 14, 2023                              */s/ Silva Dechoyan*
                                                    Silva Dechoyan

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Gerardi, Esq.<br>Fran B. Steele, Esq.<br>Alexandria Nikolinos, Esq.<br>US. Department of Justice<br>One Newark Center, Ste. 2100<br>Newark, NY 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☒ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jessa DeGroote, Esq.<br>Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>Jessa DeGroote, Esq.<br>Ice Miller LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☒ ECF (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael Ott, Esq.<br>Daniel Polastek, Esq.<br>Ice Miller LLP<br>200 West Madison Street,<br>Suite 3500<br>Chicago, IL 60606 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☒ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rey E. Grabato, II<br>1110 Clinton St, Apt 6<br>Hoboken, NJ 07030<br><br>Rey E. Grabato, II<br>82 Osprey Ct.<br>Secaucus, NJ 07094-2934<br><br>Rey E. Grabato, II<br>271 Lexington Ave<br>Jersey City, NJ 07304-1205 | Defendant/Judgment Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |