IceMiller

250 West Street | Suite 700 | Columbus, OH 43215

Baltimore Chicago Columbus DuPage County, Ill.
Indianapolis New York Philadelphia Washington, D.C.

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 DEC 11 P 3:24

December 8, 2023

WRITER'S DIRECT NUMBER: 614-462-1070
EMAIL: John.Cannizzaro@icemiller.com

**Via Federal Express**

Clerk
United States Bankruptcy Court
Martin Luther King, Jr., Federal Building
50 Walnut Street
Newark, NJ 07102

***RE: REQUEST FOR WRIT OF EXECUTION***
***National Realty Investment Advisors, LLC, et al., Case No. 22-14539 (JKS)***
***AIRN Liquidation Trust v. Grabato, et al., Adv. Pro. No. 22-01166 (JKS)***

To Whom It May Concern:

Our firm represents the AIRN Liquidation Trust Co., LLC in its capacity as Liquidation Trustee of the AIRN Liquidation Trust established under *the First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Bankr. D.N.J. Case No. 22-14539, Docket No. 3256] (as amended and supplemented, the "Plan") and the order confirming same [Bankr. D.N.J. Case No. 22-14539, Docket No. 3599] (the "Confirmation Order") entered by the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

Enclosed please find an original and three copies of a Writ of Execution and Affidavit in Support of Writ of Execution, including a certified copy of the Judgment at issue, submitted for the Clerk of the Bankruptcy Court's signature and processing. A prepaid return shipping label has been enclosed.

Please do not hesitate to contact me with any questions or concerns regarding the enclosed documents.

Respectfully Submitted,

ICE MILLER LLP

John Cannizzaro