USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

(2)

| | |
|---|---|
| PLAINTIFF<br>AIRN Liquidation Trust | COURT CASE NUMBER<br>22-BK-01166 |
| DEFENDANT<br>Rey E. Grabato, II, et al | TYPE OF PROCESS<br>Notice of Sale |

2024 APR -8 P 12: 48

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property Located: (Lot 3.01 C0082HM in Block 159, Unit 1303 )
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
82 Osprey Court, Secaucus, NJ 07094

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Louis T. DeLucia, Esq.
ICE MILLER, LLP
1500 Broadway, 28th Floor
New York, NY 10036

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold — Fold

Please post property on: February 23, 2024

Property Address: 82 Osprey Court, Secaucus, NJ 07094
Lot 3.01 C0082HM in Block 159, Unit 1303

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (212) 835-6312 | 2/16/24 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 50 | No. 50 | E. Baskerville | 2/16/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 02-23-24 Time: 1402 ☐ am ☑ pm

Signature of U.S. Marshal or Deputy: J. Booker 32332

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 17.42 | | 147.42 | | **$0.00** |

REMARKS: 2 DUSM's } $65.00 Per Deputy X 2 = $130.00
1 hour
26 miles. X .67¢ = $17.42

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

3

| | |
|---|---|
| PLAINTIFF<br>AIRN Liquidation Trust | COURT CASE NUMBER<br>22-BK-01166 |
| DEFENDANT<br>Rey E. Grabato, II, et al | TYPE OF PROCESS<br>Notice of Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service (Newark Office)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
MLK Federal Bldg & US Courthouse, 50 Walnut Street, Room 2009, Newark, NJ 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Louis T. DeLucia, Esq.
ICE MILLER, LLP
1500 Broadway, 28th Floor
New York, NY 10036

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Please post USMS Bulletin Board on: February 23, 2024

Property Address: 82 Osprey Court, Secaucus, NJ 07094
Lot 3.01 C0082HM in Block 159, Unit 1303

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>212) 835-6312 | DATE<br>2/16/24 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 50 | No. 50 | E. Baskerville | 2/16/24 |

I hereby certify and return that I ☑ have personally served , ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 02-23-24 | 1311 | ☒ am ☑ pm |

Signature of U.S. Marshal or Deputy: J Booker 32332

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | — | | $65.00 | | **$0.00** |

REMARKS: Posted on USMS bulletin board.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

(4)

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>AIRN Liquidation Trust | COURT CASE NUMBER<br>22-BK-01166 |
| DEFENDANT<br>Rey E. Grabato, II, et al | TYPE OF PROCESS<br>Notice of Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hudson County Administration Building c/o (Hudson County Sheriff's Office)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
595 Newark Avenue, Jury Assembly Room, Room 400. Jersey City, NJ 07306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Louis T. DeLucia, Esq.
ICE MILLER, LLP
1500 Broadway, 28th Floor
New York, NY 10036

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Please post County Bulletin Board on: February 23, 2024

Property Address: 82 Osprey Court, Secaucus, NJ 07094
Lot 3.01 C0082HM in Block 159, Unit 1303

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(212) 835-6312 | DATE<br>2/16/24 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 50 | No. 50 | E. Baskerville | 2/16/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 3/12/24 | 9:00 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy: E. Baskerville

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | | 65.00 | | $0.00 |

REMARKS: Notice of sale was posted on Hudson County's website for foreclosures sales,

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

5

| | |
|---|---|
| PLAINTIFF<br>AIRN Liquidation Trust | COURT CASE NUMBER<br>22-BK-01166 |
| DEFENDANT<br>Rey E. Grabato, II, et al | TYPE OF PROCESS<br>Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hudson County Administration Building c/o (Hudson County Sheriff's Office)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
595 Newark Avenue, Jury Assembly Room, Room 400, Jersey City, NJ 07306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Louis T. DeLucia, Esq.
ICE MILLER, LLP
1500 Broadway, 28th Floor
New York, NY 10036

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Sale Date: March 21, 2024
Time: 11:00 a.m.
At: Location Listed Above

Property Address: 82 Osprey Court, Secaucus, NJ 07094
Lot 3.01 C0082HM in Block 159, Unit 1303

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (212) 835-6312 | 2/16/24 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 50 | No. 50 | E. Baskerville | 2/16/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
$65.00 x 3hrs = $195.00
16 miles x .67¢ = $10.72
Advertising $1,025.60
Admin Fee $60.00
Commission – $6,780.70

| Date | Time | |
|---|---|---|
| 3/21/24 | 10:50 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy [signature] 31997

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 195.00 | 10.72 | | 205.72 | | $0.00 |

REMARKS: Property sold for $451,046.44 (Credit Bid) to AIRN Liquidation Trust, Plaintiff.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

______________________________
SIGNATURE

Subscribed and Sworn before me this

15th day of December, 2023

Notary of State of Ohio Peggy Jean Richardson

My Commission Expires 10.16.2026

NOTARIAL SEAL STATE OF OHIO

PEGGY JEAN RICHARDSON
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
October 16, 2026

Recorded in the Clerk's Office of the United States Bankruptcy Court for the District of New Jersey in the Book _______ of Executions, Page _____________________

By: ___________________________

Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RIKER DANZIG LLP**
Joseph L. Schwartz (JS-5525)
Tod S. Chasin (TC-0122)
Daniel A. Bloom (DB-6392)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tchasin@riker.com
dabloom@riker.com

*Special Counsel to Debtors*
*National Realty Investment Advisors, LLC and*
*NRIA Partners Portfolio Fund I LLC*

**Order Filed on November 16, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]

Debtors.

Chapter 11

Case No. 22-14539 (JKS)

(Jointly Administered)

In re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC,

Plaintiff,

v.

REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,

Defendants.

Adv. Pro. No. 22-01166-JKS

**FINAL JUDGMENT BY DEFAULT FOR A SUM CERTAIN**
**<u>AS AGAINST ALL DEFENDANTS</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

I hereby certify that the foregoing is a TRUE COPY of the original on file in the office of the Clerk of the United States Bankruptcy Court.
Deputy

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

Default having been entered against defendants Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II (each, a "Defendant", and collectively, the "Defendants"), and for good cause shown,

JUDGMENT by default is hereby entered, pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(b)(1), in favor of Plaintiff, National Realty Investment Advisors, LLC, and against each Defendant, Thomas "Nick" Salzano, Olena Budinska and Rey E. Grabato, II, jointly and severally, in the principal sum of $420,000.00, together with pre-judgment interest in the amount of $3,805.83 (representing 2.25% *per annum* and $25.89 *per diem* from the date on which this adversary proceeding was commenced, June 23, 2022,[2] through the date on which this Judgment is being entered, November 16, 2022), for a **Total Judgment Amount of $423,805.83,** together with interest accruing from and after the date of this Judgment at the legal rate, and costs to be taxed.

[2] The Court exercises its discretion to award pre-judgment interest from the date on which the Complaint was filed through the date on which the judgment by default is being entered. Pre-judgment interest was requested in the Complaint from "the date of demand." See ECF No. 1 at paragraphs 27, 34 and 41. In Plaintiff's Request for Entry of Final Judgment Against All Defendants by Default for Sum Certain, Plaintiff requests that pre-judgment interest be awarded based on the New Jersey judgment rate. See ECF No. 21 at paragraph 4; ECF No. 21- 1 (Certification of Daniel Bloom) at paragraph 10; and ECF No. 21-2 (Certification of Thomas Fierro) at paragraph 16. Because Count III of the Complaint is based on New Jersey statutory law, the Court shall use its discretion to award pre-judgment interest at the requested New Jersey judgment rate.

Form order -- ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: National Realty Investment Advisors LLC
Debtor

Case No.: 22–14539–JKS
Chapter 11

National Realty Investment Advisors, LLC
Plaintiff

v.

Rey E. Grabato, II
Defendant

Adv. Proc. No. 22–01166–JKS

Judge: John K. Sherwood

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on November 16, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 27 – 21
Final Judgment by Default for Sum Certain as Against All Defendants in favor of National Realty Investment Advisors, LLC and against Thomas Nick Salzano, Olena Budinska and Rey E. Grabato, II, in the amount of $ $423,805.83 (related document:21 Request to Enter Default Judgment filed by Plaintiff National Realty Investment Advisors, LLC) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/16/2022. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2022
JAN: zlh

Jeanne Naughton
Clerk

6

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>AIRN Liquidation Trust | COURT CASE NUMBER<br>Adv. Pro. No. 22-01166-JKS |
| DEFENDANT<br>Rey E. Grabato, II, et al. | TYPE OF PROCESS<br>View Real Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The real property described below under "Special Instructions"
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
82 Osprey Court, Secaucus, New Jersey 07094

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Ice Miller LLP, Att'n: John C. Cannizzaro, Esq.<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509 | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
View Real Property Prior to Sale located at 82 Osprey Court, Town of Secaucus, Hudson County, New Jersey, Lot 3.01 C0082HM in Block 159, Unit 1303 on the Town of Secaucus Tax Map.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 614-462-1070 | 3/14/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 50 | No. 50 | E. Baskerville | 3/14/24 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| ANTHONY ULISSE 6 SAXONY LN ROBBINSVILLE NJ | 3/15/24 | 10:30 | ☑ am ☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: [signature] #32053 MOURTOS, C.

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
LOCKSMITH - "JUST CALL MIKE LOCKSMITH SERVICES"
201-637-0449

26 TOTAL MILES
2 - DUSM'S @ 1 HOUR EACH

Service Fees - $65.00 Per Deputy x 2 = $130.00
Mileage Fees - 26 miles x .67¢ = $17.42
> $147.42

Form USM-285
Rev. 03/21


LOCKSMITH
SERVICES
Residential/Commercial
Garage Door Services
Auto/ Car Keys
Emergency Lockouts
201.637.0449


Just Call MIKE
201.637.0449

B2640 (Form 2640) (12/15)

UNITED STATES BANKRUPTCY COURT * DISTRICT OF NEW JERSEY

# United States Bankruptcy Court

__________ District Of __________

| | | |
|---|---|---|
| In re National Realty Investment Advisors LLC, Debtor | ) | Case No. 22-14539 |
| | ) | Chapter 11 |
| AIRN Liquidation Trust, Plaintiff | ) | |
| Rey E. Grabato, II, Thomas "Nick" Salzano and Olena Budinska, Defendant | ) | Adv. Proc. No. 22-01166 |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

AIRN Liquidation Trust
Louis T. DeLucia
Ice Miller LLP
1500 Broadway
Suite 2900
New York, NY 10103

Amount of Judgment:
$ 420,000.00

Other Costs:
$ 3,805.83

vs.

Rey E. Grabato, II, Thomas "Nick" Salzano and
Olena Budinska
82 Osprey Court
Town of Secaucus
Hudson County, NJ Lot 3.01 C0082HM in Block 159, Unit 1303

Date of Entry of Judgment:
November 16, 2022

TO THE UNITED STATES MARSHAL FOR THE __________ DISTRICT OF NEW JERSEY:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

December 20, 2023
Date

/s/ Jeanne A. Naughton
Clerk of the Bankruptcy Court

By: Lucy Veloz-Jimenez
Deputy Clerk

I hereby certify that the foregoing is a TRUE COPY of the original on file in the office of the Clerk of the United States Bankruptcy Court.
__________ Deputy

**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-14539-JKS |
| AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>Defendants. | Adv. Pro. No.: 22-01166 (JKS) |

**WRIT OF EXECUTION**

**TO THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF NEW JERSEY:**

WHEREAS, on November 16, 2022, the United States Bankruptcy Court for the District of New Jersey entered a Default Judgment For Sum Certain [Docket No. 27] (the "Judgment") in the above-captioned adversary proceeding (the "Adversary Proceeding") wherein it Ordered that Default Judgment For Sum Certain is entered in favor of National Realty Investment Advisors, LLC, with an address at 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094 (the "Judgment Creditor") against, *inter alia*, Adversary Proceeding defendant Rey E. Grabato, II, with an address at 82 Osprey Court, Secaucus, New Jersey 07094 (the "Judgment Debtor"), in the amount of Four Hundred Twenty Three Thousand Eight Hundred Five Dollars and Eighty Three Cents ($423,805.83);

WHEREAS, the said Judgment was duly entered in the Office of the Clerk of the United States Bankruptcy Court, District of New Jersey, and the sum of $423,805.83 is now actually due thereon;

WHEREAS, on or about May 16, 2023, the Judgment was domesticated in New Jersey, which bears the New Jersey "DJ" number HUD-DJ-057804-23;

WHEREAS, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") previously issued a Writ of Execution on June 8, 2023 directing the United States Marshals Service for the District of New Jersey to satisfy the Judgment out of the personal property of the Judgment Debtor, and if sufficient personal property could not be found, then out of the real property belonging to such Judgment Debtor;

WHEREAS, on July 13, 2023 the Judgment Creditor caused the United States Marshals Service for the District of New Jersey to serve the Grabato Writ on JPMorgan Chase and Citibank (the "Banks") within New Jersey where it was determined that the Judgment Debtor may have personal property;

WHEREAS, the Banks communicated to counsel for the Judgment Creditor that all of the Judgment Debtor's accounts had been previously closed;

WHEREAS, after reasonable efforts were made in good faith to locate the Judgment Debtor's personality in compliance with New Jersey law that the Judgment Debtor has no personality in the State of New Jersey from which to satisfy the Judgment;

WHEREAS, it has been determined the Judgment Debtor owns the real property located at **82 Osprey Court, Town of Secaucus, Hudson County, New Jersey, Lot 3.01 C0082HM in Block 159, Unit 1303** and as more specifically described on **Exhibit A** attached hereto (the "Osprey Property");

WHEREAS, on September 27, 2023, the Bankruptcy Court entered an order authorizing the Judgment Creditor to levy and execute on real property of the Judgment Debtor in compliance with New Jersey law;

WHEREAS, the AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust (the "Liquidation Trust"), established under the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Docket No. 3256] (as amended and supplemented, the "Plan") and the order confirming same [Docket No. 3599] (the "Confirmation Order"), retains all rights to institute, commence, file, pursue, prosecute, enforce, abandon, settle, compromise, release, waive, dismiss, or withdraw, as appropriate, any and all of the Debtors' or estates' causes of action and avoidance actions pursuant to Article IV.16.F of the Plan and Paragraph 14 of the Confirmation Order;

WHEREAS, on September 13, 2023, the Liquidation Trust filed its *Notice of Substitution of Plaintiff, Notice of Appearance of Counsel, and Request for Service of Papers* [Docket No. 36] providing notice that, by operation of the Plan and the Confirmation Order, the Liquidation Trust is now the Plaintiff in this Adversary Proceeding;

NOW THEREFORE, you are hereby commanded to satisfy said Judgment out of the real property of the said Judgment Debtor, identified herein as the Osprey Property, in whosoever hands the same may be, by levying, executing upon, and selling via an execution sale said real property, and that you do pay the moneys realized by you from such sale directly to the Liquidation Trust or to their attorney in the said action.

WE FURTHER COMMAND YOU, that following said sale you make return of this writ with your proceedings thereon before the Clerk of this Court and pay said Clerk any surplus in your hands within thirty (30) days after said sale.

**TO THE JUDGMENT DEBTOR:**

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

Date: ____________________ By: ______________________________________

Clerk of the Bankruptcy Court

## **Exhibit A**

### Property Description

ALL that certain lot, parcel or tract of land, situate and lying in the Town of Secaucus, County of Hudson, State of New Jersey, and being more particularly described as follows:

BEING KNOWN AND DESIGNATED AS Unit No. 1303 in "Riverside Court Condominium," together with an undivided .4902 percentage interest in and to the common elements appurtenant thereto, in accordance with, and subject to the terms, conditions, provisions, covenants, restrictions, easements, and other matters contained in the Master Deed for said Riverside Court Condominium, which Master Deed was recorded in the Register's Office of the County of Hudson, in Book 7306, Page 1; First Amendment in Deed Book 7370, Page 184; 2nd Amendment in Deed Book 8244, Page 300, as the same may hereafter be lawfully amended.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 3.01 C0082HM in Block 159, Unit 1303 on the Town of Secaucus Tax Map.

**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-14539-JKS |
| AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br>v.<br><br>REY E. GRABATO, II; THOMAS "NICK" SALZANO; and OLENA BUDINSKA,<br><br>Defendants. | Adv. Pro. No.: 22-01166 (JKS)<br><br>**AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION** |

I, John C. Cannizzaro, being duly sworn, represents:

1. I am an adult over the age of 18 and I am a Partner with the law firm Ice Miller LLP representing the AIRN Liquidation Trust (the "Liquidation Trust") established under the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Docket No. 3256] (the "First Amended Joint Plan") and the order confirming the First Amended Joint Plan [Docket No. 3599] (the "Confirmation Order") in the above-captioned chapter 11 case (the "Chapter 11 Case") of National Realty Investment Advisors, LLC

("NRIA" or the "Debtor"), by and through AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the Liquidation Trust.

2. The Liquidation Trust retains all rights to institute, commence, file, pursue, prosecute, enforce, abandon, settle, compromise, release, waive, dismiss, or withdraw, as appropriate, any and all of the Debtor's or estate's causes of action and avoidance actions pursuant to Article IV.16.F of the Plan and Paragraph 14 of the Confirmation Order.

3. On September 13, 2023, the Liquidation Trust filed its *Notice of Substitution of Plaintiff, Notice of Appearance of Counsel, and Request for Service of Papers* [Docket No. 36] providing notice that, by operation of the Plan and the Confirmation Order, the Liquidation Trust is now the Plaintiff in this Adversary Proceeding.

4. On September 27, 2023, the Bankruptcy Court entered an order authorizing Plaintiff to levy and execute on real property of the judgment debtor Rey E. Grabato ("Grabato") in compliance with New Jersey law [Docket No. 43] (the "Order Authorizing Sale").

5. In the Order Authorizing Sale, the Court found, among other things, that Pursuant to N.J.S.A. 2A:17-1, N.J. R. 4:59-1(d), and Fed. R. Civ. P. 69(a)(1) as incorporated by Rule 7069 of the Federal Rules of Bankruptcy Procedure, NRIA, as judgment creditor in the above-captioned Adversary Proceeding, is hereby authorized to levy, execute and sell via execution sale, any and all real property of defendant and judgment debtor Grabato located within the State of New Jersey, including the real property owned by Grabato located at 82 Osprey Court, Secaucus, New Jersey 07094, immediately as of the date of the entry of the Order Authorizing Sale.

6. Based on the above referenced findings, the Liquidation Trust is seeking a Writ of Execution to levy and execute on the real property of Grabato as more specifically described on **Exhibit A** attached to the Writ of Execution.