2024 APR -8 P 12: 48

UNITED STATES GOVERNMENT

# M E M O R A N D U M

DATE: April 8, 2024

FROM: LISA BUSSEY, Administrative Officer

SUBJ: Report of Sale

TO: U.S. Bankruptcy Court
District of New Jersey

In the matter of AIRN Liquidators Trust vs. Rey E. Grabato, II, et al, Adv. Proc. No. 22-01166, the following documents are enclosed: The Report of Sale, Affidavit, Form USM-285 (Sale - Process Receipt and Return), the Closeout Expenses and Disbursement Tally Sheet, Affidavit of Publication, Bidder Registration Form, List of Bidders Form and Purchaser's Signature Form.

LB:eb
Encls.

AIRN Liquidation Trust
Plaintiff

vs.

REY E. GRABATO, II, ET AL
Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Adv. Proc. No.: 22-01166

REPORT OF SALE

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY:

I, JUAN MATTOS, JR., United States Marshal for the District of New Jersey, through Joseph Hawtin, Deputy United States Marshal, do hereby respectfully report that on 21 March 2024, I sold at public venue at, Hudson County Administration Building, c/o Hudson County Sheriff's Office, 595 Newark Avenue, Jury Assembly Room, Room 400, Jersey City, NJ 07306, after having first duly advertised it, the property located at 82 Osprey Court, (Lot 3.01 C0082HM in Block 159, Unit 1303), Secaucus, NJ 07094, particularly described in the Writ of Execution, issued out of this Court in the above entitled cause, bearing the date of December 20, 2023 and directed to AIRN Liquidation Trust, 1 Harmon Plaza, 9th Floor, Secaucus, NJ 07094, for the total sum of Four Hundred Fifty One Thousand, Forty Six Dollars and Forty Four Cents ($451,046.44) (Credit Bid), the said AIRN Liquidation Trust, being the highest bidder for said property. All of which is respectfully submitted, April 8, 2024.

JUAN MATTOS, JR.
United States Marshal
District of New Jersey

STATE OF NEW JERSEY )
)
) Adv. Proc. No.: 22-01166
County of Essex )

I, JUAN MATTOS, JR., of full age, being duly sworn according to law, upon his oath deposes and says that the price of Four Hundred Fifty One Thousand, Forty Six Dollars and Forty Four Cents ($451,046.44) (Credit Bid), herein before mentioned, was the best price that the real property located at 82 Osprey Court, (Lot 3.01 C0082HM in Block 159, Unit 1303), Secaucus, NJ 07094, herein before referred to, would bring at the time of said sale, and that the said real property was sold for the highest and best price the same would bring at that time.

JUAN MATTOS, JR.
United States Marshal
District of New Jersey

Sworn and subscribed to before me this
8th April 2024

Notary Public

KEITH GUTHRIE
NOTARY PUBLIC
NEW JERSEY
My Comm. Expires August 21, 2028

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

(5)

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AIRN Liquidation Trust | 22-BK-01166 |
| DEFENDANT | TYPE OF PROCESS |
| Rey E. Grabato, II, et al | Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hudson County Administration Building c/o (Hudson County Sheriff's Office)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
595 Newark Avenue, Jury Assembly Room, Room 400, Jersey City, NJ 07306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Louis T. DeLucia, Esq.
ICE MILLER, LLP
1500 Broadway, 28th Floor
New York, NY 10036

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Sale Date: March 21, 2024
Time: 11:00 a.m.
At: Location Listed Above

Property Address: 82 Osprey Court, Secaucus, NJ 07094
Lot 3.01 C0082HM in Block 159, Unit 1303

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☒ PLAINTIFF ☐ DEFENDANT | (212) 835-6312 | 2/16/24 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 50 | No. 50 | E. Baskerville | 2/16/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

$65.00 x 3 hrs = $195.00
16 miles x .67¢ = $10.72

Advertising $1,025.60
Admin Fee $60.00
Commission - $6,780.70

| Date | Time |
|---|---|
| 3/21/24 | 10:50 ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy [signature] 3/997

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 195.00 | 10.72 | | 205.72 | | **$0.00** |

REMARKS: Property sold for $451,046.44 (Credit Bid) to AIRN Liquidation Trust, plaintiff.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**

United States Marshals Service

*District of New Jersey*

*Newark, NJ 07102*

***April 8, 2024***

*ICE MILLER, LLP*
*Attn: John C. Cannizzaro, Esq.*
*1500 Broadway, 28th Floor*
*New York, NY 10036*

***Re:*** *AIRN Liquidation Trust vs. Rey E. Grabato, II, et al*
***Case No:*** *22-BK-01166*

*Dear Mr. Cannizzaro, Esq.:*

*We have received deposits totaling the amount of **$2,300.00** with regards to the above-captioned case. However, our expenses have exceeded that amount.*

*The enclosed U.S. Marshals Service Closeout Expenses and Disbursement Tally Sheet will provide an explanation for the expenses up to the present time.*

*We request that you send a check in the amount of **$6,486.34.** Be advised that we cannot issue a U.S. Marshal's Deed/Bill of Sale for the property sold until we receive the "Order Confirming Sale" and the funds requested.*

*Please make check payable to: U.S. Marshals Service and mail to: U.S. Marshals Service, 50 Walnut Street, Room 2009, Newark, NJ 07102.*

*If you have any questions, please contact, Elizabeth Baskerville, at (973) 474-3570.*

*Sincerely,*

***JUAN MATTOS, JR.***
***United States Marshal, DNJ***

*Enclosure*

***Re:*** *AIRN Liquidation Trust vs. Rey E. Grabato, II, et al*
***Case No:*** *22-BK-01166*

***CLOSEOUT EXPENSES AND DISBURSEMENT / TALLY SHEET***

| | |
|---|---|
| Service of Process | $845.00 |
| Mileage | 75.04 |
| Overtime | 0.00 |
| U.S. Marshals Commission | 6,780.70 |
| Advertising | $1,025.60 |
| Other (Notice of Sale, Report of Sale, Deed, etc.) | +60.00 |
| *Total Expense | $8,786.34 |
| | |
| *Total Expense | $8,786.34 |
| Deposit | $2,300.00 |
| Deposit Received from Sale | -0.00 |
| **Balance Owed To USMS** | **$6,486.34** |

nj ADVANCE media

Star-Ledger
**LEGAL AFFIDAVIT**

AD#: 0010828512 Total $1,025.60

State of New Jersey,) ss
County of Middlesex)
Lisa Arrington being duly sworn, deposes that he/she is principal clerk of NJ Advance Media; that Star-Ledger is a public newspaper, with general circulation in Atlantic, Burlington, Cape May, Essex, Hudson, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Passaic, Somerset, Sussex, Union, and Warren Counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):
**Star-Ledger 02/22, 02/29, 03/07, 03/14/2024**

Principal Clerk of the Publisher

Sworn to and subscribed before me this 19th day of March 2024

Notary Public

DARIAN N ALEXANDER
Notary Public, State of New Jersey
My Commission Expires
November 13, 2027

USMS RECEIVED
NEWARK NJ
2024 MAR 25 PM 4:18

NOTICE OF UNITED STATES MARSHAL'S SALE

By virtue of a Writ of Execution filed in the U.S. Bankruptcy Court for the District of New Jersey and an Order of Final Judgment filed on November 16, 2022, in the matter captioned AIRN Liquidation Trust v. Rey E. Grabato, II, et al., Adv. Pro. No.: 22-01166 (JKS) and pursuant to 28 U.S.C. 2001 et seq., Juan Mattos, Jr., United States Marshal, shall expose for sale by public venue at the Hudson County Administration Building, 595 Newark Avenue, Jury Assembly Room 400, Jersey City, New Jersey 07306, on March 21, 2024 at 11:00 a.m., prevailing Eastern time, the following property (the "Property") consisting of the land and all buildings, structures and fixtures, on or attached to the land, AS IS, WHERE IS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, being in the City of Secaucus, County of Hudson, State of New Jersey, commonly known as 82 Osprey Court, Secaucus, New Jersey 07094, and more particularly described as follows:

> ALL that certain lot, parcel or tract of land, situate and lying in the Town of Secaucus, County of Hudson, State of New Jersey, and being more particularly described as follows:
>
> BEING KNOWN AND DESIGNATED AS Unit No. 1303 in "Riverside Court Condominium," together with an undivided .4902 percentage interest in and to the common elements appurtenant thereto, in accordance with, and subject to the terms, conditions, provisions, covenants, restrictions, easements, and other matters contained in the Master Deed for said Riverside Court Condominium, which Master Deed was recorded in the Register's Office of the County of Hudson, in Book 7306, Page 1; First Amendment in Deed Book 7370, Page 184; 2nd Amendment in Deed Book 8244, Page 300, as the same may hereafter be lawfully amended.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 3.01 C0082HM in Block 159, Unit 1303 on the Town of Secaucus Tax Map.

The Property will be sold as one whole parcel at public sale to satisfy the amounts due on the judgment entered herein, together with the interest due thereon and the costs of this sale, being in the approximate amount of $ 423,805.83 as of December 27, 2023, plus post judgment interest to date of sale.

In addition to other terms and conditions that may be announced at the Sale, the Terms and Conditions of this Sale shall be as follows:

a. The Property shall be sold as one whole parcel at public sale at the Hudson County Administration Building, Jersey City, New Jersey 07306

b. The Plaintiff may bid a credit against its judgment and interest thereon; plus costs and expenses, without tender of cash, as provided by 31 U.S.C. 3715.

c. A deposit of 10% in money order or by certified check made payable to the order of the U.S. Marshals Service for the amount of the bid, which shall be paid forthwith upon conclusion of the bidding. The successful bidder, called the "Purchaser" must pay the remaining ninety percent (90%) of the purchase price to the U.S. Marshals Service within thirty (30) days of written notice to Purchaser that the U.S. Marshals Service has received a certified copy of the Order Confirming Sale, and is prepared to deliver to Purchaser a Deed for the Property at a time and place specified. Failure to do so will result in the bidder's forfeiture of any amounts he or she deposited with the U.S. Marshals Service. The U.S. Marshal reserves the right to reject any and all bids not in accordance with the terms of sale.

d. The Purchaser shall be liable for payment of the purchase money, whether he attends and receives his Deed at such time and place or not; and in case he neglects to receive his Deed and pay the balance of the purchase money, as aforesaid, the U.S. Marshals Service will have the option of either re-advertising the land and premises and selling it again, or of proceeding to compel the Purchaser to complete his purchase. In the event that the re-sale of the land and premises should produce a sum less than the former bid, the Purchaser will be held liable for the difference plus interest and expenses. If a subsequent sale should produce a larger sum than the former bid, interest and expenses, the Purchaser shall not receive any benefit thereby.

e. The bidding will be kept open after the land and premises is struck off; and in the event that the Purchaser fails to comply with any of the above conditions of sale, the U.S. Marshal, at his option, may again immediately put up the land and premises for sale, subject to the same conditions, and the original purchaser shall be held liable for any deficiency and shall not receive benefits from any increased bid.

f. The reference to "he", "his" or "him", relating to the Purchaser shall be held to apply to one or more individuals, male or female, or a corporation or corpora-

tions.

g. The Purchaser shall be liable for any and all revenue stamps that may be required by any law and any recording fees.

h. The Purchaser takes the land and premises as described in the Writ of Execution and subject to such claims for local taxes and other liens having priority over the lien of the Plaintiff as a proper search of the records may disclose.

i. The Marshals Service reserves the right to adjourn the sale without further notice by publication.

j. For further information you may contact the attorney for the Plaintiff, Ice Miller LLP (Attn: Louis T. DeLucia, Esq.), 1500 Broadway 29th Floor, New York, NY 10036, (212) 835-6312.

JUAN MATTOS, JR.
United States Marshal
District of New Jersey

2/22, 2/29, 3/7, 3/14/24 $925.60

**FOR: Real Property – 82 Osprey Court, Secaucus, NJ 07094 - (LOT 3.01 C0082HM in BLOCK 159, Unit 1303)**

# UNITED STATES MARSHALS SERVICE

**BIDDER REGISTRATION FORM**

**22-BK-01166**

**AIRN LIQUIDATION TRUST**

**vs.**

**REY E. GRABATO III, ET AL**

**NAME:** Ryan Hibbard

**ADDRESS:** 1500 Broadway, Suite 2900, New York, NY 10036

I represent: AIRN Liquidation Trust

**NAME:** AIRN Liquidation Trust

**ADDRESS:** 1 Harmon Plaza, 9th Floor, Secaucus, NJ 07094

**TELEPHONE NUMBER:** 302-598-9256

FAX NUMBER:

**E-MAIL ADDRESS:** airntrustco@yahoo.com

**SIGNATURE:** [signature]

**DATE:** 03/21/2024

**FOR: Real Property – 82 Osprey Court, Secaucus, NJ 07094 - (LOT 3.01 C0082HM in BLOCK 159, Unit 1303)**

# UNITED STATES MARSHALS SERVICE

## LIST OF BIDDERS

**RE:** AIRN LIQUIDATION TRUST vs. REY E. GRABATO III, ET AL

**CIVIL NO.:** 22-BK-01166

**DATE OF SALES:** March 21, 2024

**USMS ATTENDEES:** DUSM Joseph Hawtin, Elizabeth Baskerville, Admin Support Spec.

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| 1. AIRN Liquidation Trust | 1 Harmon Plaza, 9th Floor<br>Secaucus, NJ 07094 | $451,046.44<br>(Credit Bid) |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | | $ |
| 10. | | $ |

FOR: Real Property – 82 Osprey Court, Secaucus, NJ 07094 - (LOT 3.01 C0082HM in BLOCK 159, Unit 1303)

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

22-BK-01166

AIRN LIQUIDATION TRUST

vs.

REY E. GRABATO III, ET AL

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF $ 451,046.44 (credit Bid), AND I HEREBY AGREE TO COMPLY WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN. THE UNITED STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

March 21, 2024
DATE

AIRN Liquidation Trust
PURCHASER

1 Harmon Plaza, 9th Floor
ADDRESS

Secaucus, NJ 07094
CITY, STATE, ZIP CODE